| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>OLSON STEIN LLP<br>David M. Stein (#198256)<br>240 Nice Lane, #301, Newport Beach, CA 92663<br>T: (949) 887-4600<br>BROWN RUDNICK LLP<br>Michael J. Bowe (pro hac vice application forthcoming)<br>Lauren Tabaksblat (pro hac vice application forthcoming)<br>7 Times Square, New York, NY 10036, T: (212) 209-4800 | |
| ATTORNEY(S) FOR: PLAINTIFFS | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiff(s),<br>v.<br>MindGeek S.A.R.L., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-04786<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ K.A. _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| K.A. | Plaintiff |
| MINDGEEK S.A.R.L. | Defendant |
| MG FREESITES LTD | Defendant |
| MINDGEEK USA INCORPORATED | Defendant |
| MG PREMIUM LTD | Defendant |
| MG GOLBAL ENTERTAINMENT INC. | Defendant |
| 9219-1568 QUEBEC, INC. | Defendant |
| BERND BERGMAIR | Defendant |
| FERAS ANTOON | Defendant |
| DAVID TASSILLO | Defendant |
| VISA INC. | Defendant |
| REDWOOD CAPITAL MANAGEMENT, LLC | Defendant |

[Parties continued on additional page, Appendix A]

| | |
|---|---|
| June 7, 2024 | /s/ Michael J. Bowe |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

PLAINTIFF