Appendix A: Continued List of Interest Parties

| PARTY | CONNECTION/INTEREST |
|---|---|
| REDWOOD DOE FUNDS 1-7, COLBECK CAPITAL MANAGEMENT, LLC, COLBECK DOE FUNDS 1-3 | DEFENDANT DEFENDANT DEFENDANT |