UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

K.A. v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:24-cv-04786

ATTACHMENT 1 TO SUMMONS

K.A.,

    Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

    Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

K.A. v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:24-cv-04786

ATTACHMENT 2 TO SUMMONS

DEFENDANTS TO BE SERVED

| |
|---|
| MINDGEEK S.A.R.L.<br>32 Boulevard Royal<br>L - 2449 Luxembourg City, Luxembourg |
| MG FREESITES LTD (D/B/A PORNHUB)<br>195-197 Old Nicosia-Limassol Road<br>Block 1 Dali Industrial Zone<br>Cyprus, 2540 |
| MINDGEEK USA INCORPORATED<br>21800 Oxnard Street, Suite 150<br>Woodland Hills, CA 91367<br><br>c/o CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| MG PREMIUM LTD<br>195-197 Old Nicosia-Liamassol Road<br>Block 1 Dali Industrial Zone,<br>Cyprus, 2540 |
| MG GLOBAL ENTERTAINMENT INC.<br>21800 Oxnard Street, Suite 150<br>Woodland Hills, CA, 91367-7909 |
| 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK)<br>7777, Decarie Boulevard, Office 300<br>Montreal, Quebec, H4P 2H2 |

| |
|---|
| FERAS ANTOON<br>Rue du Baron Louis Empain<br>Sainte-Marguerite-du-Lac-Masson<br>Quebec, Canada<br>2XQ7+9H |
| DAVID TASSILLO<br>342 Rue Des Anemones<br>Laval, QC H7X 0C1, Canada |
| BERND BERGMAIR<br>70/F The Harbour View Place<br>APT, 1 Austin Road West<br>Hong Kong |
| VISA INC.<br>P.O. Box 8999<br>San Francisco, California 94128 |
| REDWOOD CAPITAL MANAGEMENT, LLC<br>250 W. 55th Street,<br>New York, New York 10019 |
| REDWOOD DOE FUNDS 1-7 |
| COLBECK CAPITAL MANAGEMENT LLC<br>888 Seventh Avenue, 29th Floor,<br>New York, New York 10106 |
| COLBECK DOE FUND 1-3 |