

Michael J. Bowe
(*pro hac vice* application forthcoming*)*
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice* application forthcoming)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

K.A.,

           Plaintiff,

       v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES LTD, a foreign entity;
MINDGEEK USA INCORPORATED,
a Delaware corporation; MG
PREMIUM LTD, a foreign entity; MG
GLOBAL ENTERTAINMENT INC., a
Delaware corporation; 9219-1568
QUEBEC, INC., a foreign entity;
BERND BERGMAIR, a foreign
individual; FERAS ANTOON, a
foreign individual; DAVID
TASSILLO, a foreign individual; VISA
INC., a Delaware corporation;
REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK
CAPITAL MANAGEMENT, LLC, a
Delaware limited liability company;
COLBECK DOE FUNDS 1-3,

           Defendants.

CASE NO. 2:24-cv-04786

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR
LEAVE TO PROCEED UNDER A
PSEUDONYM**

# **[PROPOSED] ORDER**

THIS MATTER comes before this Court upon Plaintiff K.A.'s Motion for Leave to Proceed Under A Pseudonym.  After full consideration, and good cause appearing to the Court, IT IS HEREBY ORDERED THAT:

1.      Plaintiff K.A. is granted leave to proceed in this litigation under pseudonym K.A.;

2.      Plaintiff K.A. must be referred to by all parties in all public filings, including the Complaint, as K.A.;

3.      The identity of Plaintiff K.A. shall not be otherwise disclosed.

IT IS SO ORDERED.

Dated:

_____
Hon.
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM