# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.<br><br>v.<br><br>MINDGEEK S.A.R.L, et al.,<br>Plaintiff(s) / Defendant(s). | **CASE NUMBER**<br>2:24-cv-04786<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [8]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bowe, Michael J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-209-4800
*Telephone Number*

212-209-4801
*Fax Number*

mbowe@brownrudnick.com
*E-Mail Address*

BROWN RUDNICK LLP
7 Times Square
New York, N.Y. 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

K.A.
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Stein, David M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198256
*Designee's Cal. Bar No.*

949-887-4600
*Telephone Number*

*Fax Number*

dstein@olsonstein.com
*E-Mail Address*

OLSON STEIN LLP
240 Nice Lane, #301
Newport Beach, CA 92663
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated  7/1/2024

*[signature]*
U.S. District Judge/U.S. Magistrate Judge