UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>Defendants. | CASE NO. 2:24-cv-04786 -WLH-ADS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM** |

THIS MATTER comes before this Court upon Plaintiff K.A.'s Motion for Leave to Proceed Under A Pseudonym. After full consideration, and good cause appearing to the Court, IT IS HEREBY ORDERED THAT:

1. Plaintiff K.A. is granted leave to proceed in this litigation under pseudonym K.A.;

2. Plaintiff K.A. must be referred to by all parties in all public filings, including the Complaint, as K.A.;

3. The identity of Plaintiff K.A. shall not be otherwise disclosed.

IT IS SO ORDERED.

Dated: 7/10/2024

Hon. WESLEY L. HSU
United States District Judge