Russell J. Gould (SBN 313352)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-24
Tel: (213) 620-7852
Fax: (213) 452-2329
Email: russell.gould@whitecase.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br><br>2:24-cv-04786-WLH-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hille, David G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 819-8200    *Telephone Number*
(212) 354-8113    *Fax Number*
dhille@whitecase.com    *E-Mail Address*

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colbeck Capital Management, LLC

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gould, Russell J.
*Designee's Name (Last Name, First Name & Middle Initial)*

313352    *Designee's Cal. Bar No.*
(213) 620-7852    *Telephone Number*
(213) 452-2329    *Fax Number*
russell.gould@whitecase.com    *E-Mail Address*

White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge