Name and address:
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

K.A.,

Plaintiff(s)

v.

MindGeek S.A.R.L. et al.,

Defendant(s).

CASE NUMBER

2:24-cv-04786-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sack, Jonathan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-9410
*Telephone Number*

(212) 856-9494
*Fax Number*

jsack@maglaw.com
*E-Mail Address*

of

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

David Tassillo
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

and designating as Local Counsel

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 94607
*Designee's Cal. Bar No.*

(949) 361-2822
*Telephone Number*

(949) 361-5722
*Fax Number*

*E-Mail Address*

of

WIECHERT, MUNK & GOLDSTEIN, PC
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1