Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice Application Pending*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants MindGeek S.à.r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF JOINT STIPULATION TO REQUEST LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES**<br><br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024<br><br>Trial Date:　　None Set |

1

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF JOINT STIPULATION TO REQUEST LIMITED COORDINATION

I, Esteban Morales Fabila, declare and state as follows:

1. I am a Member of the law firm of MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. ("Mintz"), counsel of record for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. I am over the age of eighteen. Except for those matters set forth on information and belief, I make this declaration of my own personal knowledge. I could and would competently testify as to the matters set forth below if called upon to do so.

2. Between June 7, 2024 and August 20, 2024, counsel for Plaintiff filed the following fourteen actions in this Court (including this case, the "Fourteen Actions"), each of which name the same defendants:

- *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786;
- *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788;
- *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795;
- *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800;
- *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801;
- *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791;
- *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971;
- *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977;
- *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992;
- *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998;
- *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026;
- *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185;
- *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and
- *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

3. In 13 of the 14 cases, the Court entered an Order Granting Joint Stipulation Re Briefing Schedule for Defendants' Motion to Dismiss that set October 15, 2024 as Defendants' deadline to answer, move, or otherwise respond to

DECLARATION OF ESTEBAN MORALES FABILA IN SUPPORT OF JOINT STIPULATION TO REQUEST LIMITED COORDINATION

1 each complaint, and set January 10, 2025 as the hearing date for motions filed in response to each complaint.

4.   The case styled *J.L. v. Mindgeek S.à.r.l. et al.*, Case No. 2:24-cv-07046 WLH(ADSx) (C.D. Cal. Aug. 20, 2024), was filed after the Court's Order granting the parties' prior stipulation, and deadlines to respond to the complaint have not been set for all of the Defendants in *J.L.*

5.   The complaints in the 14 cases contain substantially similar allegations and causes of action.

6.   In addition to the Fourteen Cases, there is another related case—*Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021) ("*Fleites*")—in which motions to dismiss have been filed that are scheduled to be heard on November 22, 2024.

7.   Given the length and complexity of each complaint, and in the interest of judicial economy, efficient case management, and to conserve the resources of the over 30 parties involved in these 14 related cases, good cause exists to (a) set October 21, 2024 as the deadline for each of the Defendants to answer, move, or otherwise respond to the complaints in each of the 14 actions; (b) in each of the 14 related cases, allow each defense counsel to file a single omnibus motion to dismiss for the parties that they each represent which may incorporate by reference the arguments made in the parties' motions to dismiss filed in the *Fleites* case; (c) allow Plaintiffs' counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants in the 14 related cases, which may incorporate by reference the arguments made by the Parties in the motion to dismiss briefing in the *Fleites* case; (d) allow each defense counsel to file one omnibus reply to each motion to dismiss filed in the 14 related cases; (e) set a briefing and hearing schedule in the 14 related cases for the omnibus motions to dismiss, with the motions filed in each case being heard on the same hearing date; (f) increase the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply

to 35 pages given the length and complexity of the complaints and the number of related cases; and (g) increase the page limit for Plaintiffs' omnibus opposition to 85 pages given the length and complexity of the complaints, number of related cases, and the number of motions to dismiss.

8. Accordingly, the Parties now respectfully request that the Court grant this stipulation and enter the following schedule:

**October 21, 2024:** Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaints;

**November 26, 2024:** Plaintiff's Deadline to Respond to each Defendant's Answer, Motion, or Response (if and as applicable);

**December 17, 2024:** Each Defendant's Deadline to File Replies (if and as applicable);

**January 10, 2025:** Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable).

9. The undersigned respectfully submits given the length and complexity of each complaint, and in the interest of judicial economy, efficient case management, and to conserve the resources of the over 30 parties involved in these 14 related cases, good cause exists for the entry of this stipulation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 4, 2024, in Los Angeles, California.

*/s/ Esteban Morales Fabila*
Esteban Morales Fabila

# **CERTIFICATE OF SERVICE**

I, the undersigned counsel of record for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc., certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 4, 2024 upon all counsel of record via ECF.

Dated:  October 4, 2024                MINTZ LEVIN COHN FERRIS
                                       GLOVSKY AND POPEO P.C.

                                       */s/  Esteban Morales Fabila*
                                       Esteban Morales Fabila

                                       *Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*