Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

K.A.,

　　　　　　　　　　　　　　　　　Plaintiff(s),

v.

MINDGEEK S.A.R.L., et al.

　　　　　　　　　　　　　　　　　Defendant(s).

CASE NUMBER
2:24-cv-04786-WLH-ADS

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [48]**

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Biagetti, Peter A.                                 of   Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
                                                        One Financial Center
617-542-6000          617-542-2241                      Boston, MA 02111
*Telephone Number*    *Fax Number*

pabiagetti@mintz.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec, Inc.

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Morales, Esteban                                   of   Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East, Suite 300
                                                             Los Angeles, CA 90067
273948          310-586-3200       310-586-3202
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

emorales@mintz.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　　 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　 ☐ for failure to complete Application:
　　　　　　　　 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　　　 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　　　 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated 10/9/2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Wesley L. Hsu
　　　　　　　　　　　　　　　　　　　　　　　　**Wesley L. Hsu, U.S. District Judge**