1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   K.A.,                                    Case No. 2:24-cv-04786-WLH-ADS

12              Plaintiff,
                                              **[PROPOSED] ORDER**
13         v.                                 **GRANTING JOINT**
                                              **STIPULATION TO REQUEST**
14   MINDGEEK S.A.R.L. a foreign entity;      **(A) EXTENSION OF**
     MG FREESITES LTD, a foreign entity;      **REMAINING BRIEFING**
15   MINDGEEK USA INCORPORATED,               **SCHEDULE FOR**
                                              **DEFENDANTS' RESPONSES TO**
16   a Delaware corporation; MG               **PLAINTIFF'S SECOND**
     PREMIUM LTD, a foreign entity; MG        **AMENDED COMPLAINT IN**
17   GLOBAL ENTERTAINMENT INC., a             ***FLEITES* ACTION AND (B)**
     Delaware corporation; 9219-1568         **LIMITED COORDINATION**
18   QUEBEC, INC., a foreign entity;          **FOR PURPOSES OF**
                                              **RESPONDING TO**
19   BERND BERGMAIR, a foreign                **COMPLAINTS IN RELATED**
     individual; FERAS ANTOON, a              **CASES [ECF NO. 55]**
20   foreign individual; DAVID
21   TASSILLO, a foreign individual; VISA
     INC., a Delaware corporation;
22   REDWOOD CAPITAL
23   MANAGEMENT, LLC, a Delaware
     limited liability company; REDWOOD
24   DOE FUNDS 1-7; COLBECK
25   CAPITAL MANAGEMENT, LLC, a
     Delaware limited liability company;
26   COLBECK DOE FUNDS 1-3,
27
                Defendants.
28

On October 18, 2024, Plaintiff Serena Fleites in *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS) ("*Fleites* Action") and Plaintiffs in the 14 Related Actions (collectively, "Plaintiffs"),[1] and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Colbeck Capital Management, LLC, Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties") filed a Joint Stipulation to Request (a) Extension of Remaining Briefing Schedule in *Fleites* Action and (b) Limited Coordination for Purposes of Responding to Complaints in Related Cases (the "Joint Stipulation").

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

(1) in the *Fleites* Action, the deadline for Plaintiff to file a single omnibus opposition to the collective motions to dismiss filed by Defendants is **October 30, 2024**;

(2) in the *Fleites* Action, the deadline for each of the Defendants to file a reply in support of their respective motion to dismiss is **December 6, 2024**;

(3) in the 14 Related Actions, the deadline for each of the Defendants to answer, move, or otherwise respond to the complaints is **October 30, 2024;**

---

[1] The "14 Related Actions" refers to the following cases, which are pending in this Court: *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786; *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788; *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795; *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800; *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801; *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791; *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971; *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977; *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992; *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998*; L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026; *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185; *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

(4) in the 14 Related Actions, the deadline for Plaintiffs to file a single omnibus opposition to all of the Defendants' motions to dismiss is **December 12, 2024**;

(5) in the 14 Related Actions, the deadline for each of the Defendants to file a omnibus reply in support of their respective motion to dismiss is **January 8, 2025**; and

(6) in the *Fleites* Action and the 14 Related Actions, a hearing is set for Defendants' motions to dismiss on **January 31, 2025, at** _____.

IT IS SO ORDERED.


DATED:                    By: _____
                              HON. WESLEY L. HSU
                              UNITED STATES DISTRICT JUDGE