**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>  Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST (A) EXTENSION OF REMAINING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT IN *FLEITES* ACTION AND (B) LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES [55]** |

On October 18, 2024, Plaintiff Serena Fleites in *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS) ("*Fleites* Action") and Plaintiffs in the 14 Related Actions (collectively, "Plaintiffs"),[1] and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Colbeck Capital Management, LLC, Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties") filed a Joint Stipulation to Request (a) Extension of Remaining Briefing Schedule in *Fleites* Action and (b) Limited Coordination for Purposes of Responding to Complaints in Related Cases (the "Joint Stipulation").

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

(1) in the *Fleites* Action, the deadline for Plaintiff to file a single omnibus opposition to the collective motions to dismiss filed by Defendants is **October 30, 2024**;

(2) in the *Fleites* Action, the deadline for each of the Defendants to file a reply in support of their respective motion to dismiss is **December 6, 2024**;

(3) in the 14 Related Actions, the deadline for each of the Defendants to answer, move, or otherwise respond to the complaints is **October 30, 2024;**

---

[1] The "14 Related Actions" refers to the following cases, which are pending in this Court: *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786; *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788; *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795; *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800; *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801; *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791; *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971; *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977; *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992; *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998*; L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026; *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185; *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

1      (4) in the 14 Related Actions, the deadline for Plaintiffs to file a single omnibus
2  opposition to all of the Defendants' motions to dismiss is **December 12, 2024**;
3      (5) in the 14 Related Actions, the deadline for each of the Defendants to file a
4  omnibus reply in support of their respective motion to dismiss is **January 8, 2025**; and
5      (6) in the *Fleites* Action and the 14 Related Actions, a hearing is set for
6  Defendants' motions to dismiss on **January 31, 2025, at 1:30 PM**.
7      IT IS SO ORDERED.

9  DATED: 10/28/2024

10                                      HON. WESLEY L. HSU
                                       UNITED STATES DISTRICT JUDGE