1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| K.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES, LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 Quebec, Inc.; BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA INC.; REDWOOD CAPITAL MANAGEMENT, LLC ; REDWOOD DOE FUNDS 1-7 ; COLBECK CAPITAL MANAGEMENT, LLC; COLBECK DOE FUNDS 1-3,<br><br>  Defendants. | Case No. 2:24-CV-04786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING VISA'S OMNIBUS MOTION TO DISMISS**<br><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Judicial Officer: Wesley L. Hsu<br>Courtroom: 9B |

1    Defendant Visa, Inc.'s Omnibus Motion to Dismiss for Failure to State a
2 Claim ("Visa's Omnibus Motion to Dismiss") came before this Court for hearing on
3 January 31, 2025. Visa argued that the claims against it should be dismissed because
4 (i) the Complaints did not state a claim for relief against Visa under the Trafficking
5 Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. § 1591(a)(2) or any
6 other secondary liability theory (Count II); (ii) the Complaints did not plausibly
7 allege any conspiracy claim against Visa (Counts IV & XVII); (iii) the Complaints
8 did not plausibly allege any claims for relief under California state law (Count XIV);
9 (iv) the Complaints did not plausibly allege any intentional infliction of emotional
10 distress claim against Visa (Count XVI); and that (v) dismissal with prejudice was
11 warranted because any amendment would be futile.    Having considered the papers
12 and arguments of counsel submitted in connection with Visa's Omnibus Motion to
13 Dismiss, and finding good cause appearing, IT IS HEREBY ORDERED that:

14    Visa's Omnibus Motion to Dismiss Counts II, IV, XIV, XVI, and XVII for
15 failure to state a claim is GRANTED for the following cases:

16    *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D.
17 Cal. June 7, 2024); *L.T. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04791-WLH-
18 ADS (C.D. Cal. June 7, 2024); *N.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-
19 04788-WLH-ADS (C.D. Cal. June 7, 2024); *N.Y. v. MindGeek, S.à.r.l., et al.*, Case
20 No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024); *T.C. v. MindGeek, S.à.r.l.,
21 et al.*, Case No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024); *X.N. v.
22 MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7,
23 2024); *J.C. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04971-WLH-ADS (C.D.
24 Cal. June 12, 2024); *C.S. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04992-
25 WLH-ADS (C.D. Cal. June 13, 2024); *S.O. v. MindGeek, S.à.r.l., et al.*, Case No.
26 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024); *W.L. v. MindGeek, S.à.r.l., et
27 al.*, Case No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024); *L.S. v.
28 MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14,

2024); *A.K. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); *W.P. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024); and *J.L. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-7046-WLH-ADS (C.D. Cal. Aug. 20, 2024); and

  Plaintiffs' claims against Visa in their Complaints are DISMISSED WITH PREJUDICE.

Dated: _____  _____
             HONORABLE WESLEY L. HSU
             UNITED STATES DISTRICT JUDGE