| | |
|---|---|
| DAN MARMALEFSKY<br>(CA SBN 95477)<br>DMarmalefsky@mofo.com<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454 | RONALD G. WHITE<br>(admitted pro hac vice)<br>RWhite@wmhwlaw.com<br>Walden Macht Haran & Williams LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: 212-335-2387<br>Facsimile: 212-335-2040 |

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>    Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**DECLARATION OF BERND BERGMAIR IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

I, Bernd Bergmair, declare as follows:

1.  I am a defendant in the above-captioned case. I submit this declaration in support of my motion to dismiss the complaints in this case and the thirteen other related cases filed by Plaintiff's counsel in this district set forth in my motion (collectively, "Related Cases"). The complaint in each of the Related Cases contains many inaccurate allegations regarding me, but I submit this declaration to correct only those that bear on the issue of personal jurisdiction.

2.  I am a resident of Hong Kong, China. I do not reside or work in the United States.

3.  Based on the information provided in the complaints, I do not believe I have ever met or had any dealings with any of the plaintiffs in the Related Cases. Prior to the plaintiffs in these cases raising legal claims against the MindGeek group of corporate entities (collectively, "MindGeek"), I was unaware of their existence or of the fact that videos depicting them had allegedly been posted on MindGeek websites.

4.  I am a private investor. When I invest in companies, I do not operate them but entrust their management to senior executives who are experts in their industry. During the period from 2013 to 2023, I pursued investments in numerous companies in a wide range of industries.

5.  From approximately October 2013 until March 2023, through various holding companies, I was the ultimate beneficial owner of shares in the parent

1
DECLARATION OF BERND BERGAMIR

companies of MindGeek.  In March 2023, my holding companies sold all their shares in MindGeek.

6. Consistent with my approach as an investor, during the time period when I was an ultimate beneficial owner of part of the shares in MindGeek, I did not direct MindGeek's day-to-day operations, nor did I set or approve MindGeek's corporate policies and practices.  The company was managed by a full-time senior management team, which had been in place for several years before I invested in the company.

7. I did not adopt or maintain an "unrestricted content" business model at MindGeek.  At the time of my investment in MindGeek in 2013, I understood that the company had a content moderation function in place.  This function, along with all other corporate functions, was overseen by MindGeek's management. While a beneficial shareholder, I did not direct or implement MindGeek's content moderation policies and practices, nor did I direct or implement the company's response to media stories or other inquiries regarding its content moderation.

8. I did not direct or discuss the production by MindGeek of non-consensual content.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  October 30, 2024

2
DECLARATION OF BERND BERGAMIR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Bernd Bergmair

3
DECLARATION OF BERND BERGAMIR