JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
KIAURA CLARK (SB# 336314)
kiauraclark@paulhastings.com
**PAUL HASTINGS LLP**
1999 Avenue of The Stars, 27th Floor
Los Angeles, California 90067
Telephone: 1(310) 620-5700
Facsimile: 1(310) 620-5899

ADAM M. REICH (SB# 274235)
adamreich@paulhastings.com
EMMA LANZON (*pro hac vice*)
emmalanzon@paulhastings.com
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: 1(312) 499-6000
Facsimile: 1(312) 499-6100

*[Additional Counsel for Defendant continued on next page]*

*Attorneys for Defendant,
Redwood Capital Management, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiff,<br><br>vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, | CASE NO. 2:24-cv-04786-WLH-ADS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FED. R. CIV. P. 7.1**<br><br>Place: Courtroom 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint filed: June 7, 2024 |

DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO
LOCAL RULE 7.1-1

| | |
|---|---|
| 1 | a Delaware limited liability company; REDWOOD DOE |
| 2 | FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware |
| 3 | company, COLBECK DOE FUNDS 1-3, |
| 4 | |
| 5 | Defendants. |

*[Additional Counsel for Defendants continued from caption page]*

KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

| | |
|---|---|
| 1 | Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant Redwood Capital Management, LLC ("Defendant" or "Redwood"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case: (i) MindGeek, S.À.R.L.; (ii) MG Freesites, Ltd.; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc.; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Colbeck Capital Management, LLC; and (xiii) K.A. |

Further, under Rule 7.1 of the Federal Rules of Civil Procedure, Redwood certifies there is no publicly held corporation that owns 10% or more of Redwood's stock and Redwood does not have a "parent corporation."

DATED:  October 30, 2024                    **PAUL HASTINGS LLP**

By: */s/James M. Pearl*
         JAMES M. PEARL

*Attorneys for Defendant Redwood Capital Management, LLC*

1
DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1