| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481) |
| | jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314) |
| | kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
| | 1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California  90067 |
| | Telephone:  1(310) 620-5700 |
| 5 | Facsimile:  1(310) 620-5899 |
| 6 | ADAM M. REICH (SB# 274235) |
| | adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*) |
| | emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP** |
| | 71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606 |
| | Telephone:  1(312) 499-6000 |
| 10 | Facsimile:  1(312) 499-6100 |

*[Additional Counsel for Defendant continued on next page]*

*Attorneys for Defendant,*
*Redwood Capital Management, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., | CASE NO. 2:24-cv-04786-WLH-ADS |
| Plaintiff, | **DEFENDANT REDWOOD CAPITAL MANAGEMENT, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINTS IN RELATED CASES** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD | Date:     January 31, 2025<br>Time:     1:30 p.m.<br>Place:    Courtroom 9B<br>Judge:   Hon. Wesley L. Hsu<br><br>Complaint filed: June 7, 2024<br><br>[Memorandum of Points and Authorities, and Request for Judicial Notice filed concurrently herewith] |

DEFENDANT'S NOTICE OF MOT. AND MOT. TO DISMISS COMPLS.
IN RELATED CASES

1  DOE FUNDS 1-7; COLBECK
   CAPITAL MANAGEMENT, LLC, a
2  Delaware company, COLBECK DOE
   FUNDS 1-3,
3
4           Defendants.

1  *[Additional Counsel for Defendant continued from caption page]*

3  KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

DEFENDANT'S NOTICE OF MOT. AND MOT. TO DISMISS COMPLS.
IN RELATED CASES

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on January 31, 2025, at 1:30 p.m., or as soon thereafter as the parties may be heard, in the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Honorable Wesley Hsu in Courtroom 9B, Defendant Redwood Capital Management, LLC ("Redwood Defendant" or "Redwood") will, and hereby does, move this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss, with prejudice, all claims asserted against Redwood in the individual Complaints (the "Related Cases") filed by Plaintiffs A.K., W.P., L.S., W.L., C.S., S.O., J.C., K.A., N.L., T.C., X.N., N.Y., L.T., and J.L. (collectively, "New Plaintiffs").

This Motion is made pursuant to a Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (*see* Case No. 2:21-cv-04920, Dkt. 472), whereby the parties agreed to address the grounds for dismissal on all legal issues implicated by each of the Related Cases in one omnibus motion to dismiss per Defendant.

This Motion is made following the conference of counsel, pursuant to Local Rule 7-3, which took place via Zoom videoconference on October 14, 2024.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and Request for Judicial Notice in support hereof, all filed and served concurrently herewith, the pleadings, records, and files in this action, and any other matters that may properly come before the Court at or before the hearing on this Motion.

| | |
|---|---|
| DATED:  October 30, 2024 | **PAUL HASTINGS LLP** |
| | By:  /s/ *James M. Pearl* |
| | JAMES M. PEARL |
| | *Attorneys for Defendant Redwood Capital Management, LLC* |

DEFENDANT'S NOTICE OF MOT. AND MOT. TO DISMISS COMPLS. IN RELATED CASES