DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B

**October 18, 2013 Amended and Restated Loan Agreement**