1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| K.A., | Case No. 2:24-cv-04786-WLH-ADS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING CB DEFENDANTS' OMNIBUS MOTION TO DISMISS** |
| v. | |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

1  On January 31, 2025, the Omnibus Motion to Dismiss Plaintiffs' Complaints ("Omnibus Motion to Dismiss"), filed by Defendants Colbeck Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") came before this Court for hearing.

The Court, having considered the papers and arguments of counsel submitted in connection with the Omnibus Motion to Dismiss, hereby ORDERS as follows:

1. The CB Defendants' Omnibus Motion to Dismiss is GRANTED; and
2. Plaintiffs' claims against the CB Defendants are DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE