1  David G. Hille (*pro hac vice*)
   dhille@whitecase.com
2  Kevin C. Adam (*pro hac vice*)
   kevin.adam@whitecase.com
3  WHITE & CASE LLP
4  1221 Avenue of the Americas
   New York, NY  10020-1095
5  Telephone:  (212) 819-8357
   Facsimile:   (212) 354-8113
6
7  Russell J. Gould (SBN 313352)
   russell.gould@whitecase.com
8  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
9  Los Angeles, CA  90071-2433
10 Telephone:  (213) 620-7700
   Facsimile:   (213) 452-2329
11
12 Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.A.,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OMNIBUS MOTION TO DISMISS** |

1    Pursuant to Local Civil Rule 79-5.2.2(a), Defendants Colbeck Capital
2    Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and
3    CB Participations SPV, LLC (collectively, "CB Defendants") hereby apply for leave
4    to file under seal the following documents:

- Redacted text in the CB Defendants' Omnibus Motion to Dismiss ("Omnibus Motion to Dismiss"); and
- Exhibits A-B to the Omnibus Motion to Dismiss.

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and unredacted versions of the documents proposed to be filed under seal.

- The ***Omnibus Motion to Dismiss'*** limited redacted text comprises confidential content from Exhibits A-B.
- ***Exhibit A*** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011.
- ***Exhibit B*** is a Loan Agreement dated October 18, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013.

As explained in the Adam Declaration in Support of the Application, compelling reasons exist to seal these documents. The nature and confidentiality of these documents outweigh the public's interest in access to them.

Pursuant to the Court's Standing Order (ECF No. 17 at 8) and Local Civil Rule 79-5.2.2(a), counsel for the CB Defendants attempted to confer with counsel for Plaintiffs on October 29, 2024, regarding matters related to this Application. As of the filing of this Application, counsel for Plaintiffs did not yet respond. For

---

[1] "MindGeek Borrowers" has the same meaning as defined in the Omnibus Motion to Dismiss.

completeness, however, the CB Defendants note that counsel for Plaintiffs previously indicated they opposed sealing these documents.

For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal (i) the redacted portions of the CB Defendants' Omnibus Motion to Dismiss and (ii) Exhibits A-B to the Omnibus Motion to Dismiss in their entirety.

Dated: October 30, 2024

WHITE & CASE LLP

By: */s/ Kevin C. Adam*
Kevin C. Adam

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC