1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.A.,<br><br>               Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>              Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**[PROPOSED] ORDER GRANTING CB DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR OMNIBUS MOTION TO DISMISS** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC's (collectively, "CB Defendants") Application for Leave to File Under Seal ("Application"), hereby GRANTS the Application and ORDERS the following documents SEALED:

| Document | Portions to Be Filed Under Seal |
| --- | --- |
| CB Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaints ("Omnibus Motion to Dismiss") | Consistent with redactions highlighted in document |
| Exhibit A to Omnibus Motion to Dismiss | Entirety |
| Exhibit B to Omnibus Motion to Dismiss | Entirety |

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE