| | |
|---|---|
| 1 | Arameh Z. O'Boyle (SBN 239495) |
| | azoboyle@mintz.com |
| 2 | Esteban Morales Fabila (SBN 273948) |
| | emorales@mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| | 2049 Century Park East, Suite 300 |
| 4 | Los Angeles, CA 90067 |
| | Telephone:  (310) 586-3200 |
| 5 | Facsimile:   (310) 586-3202 |
| 6 | |
| | [*Additional Defendants' Counsel continued on next page*] |
| 7 | *Attorneys for Defendants MindGeek* |
| | *S.à r.l., MG Freesites Ltd, MG Premium* |
| 8 | *Ltd, MindGeek USA Incorporated, MG* |
| | *Global Entertainment Inc., and 9219-* |
| 9 | *1568 Quebec Inc.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**NOTICE OF MOTION AND OMNIBUS MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.**<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

[*Additional Defendants' Counsel continued from caption page*]

Seth R. Goldman *(pro hac vice app. forthcoming)*
srgoldman@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Peter A. Biagetti *(admitted pro hac vice)*
pabiagetti@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "Defendants"), by and through their counsel, in accordance with the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (Dkt. No. 54), and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), will and hereby do respectfully move this Honorable Court to dismiss with prejudice all of Plaintiff K.A.'s claims against the Defendants as well as the claims of each plaintiff in the following related cases: *L.T. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04791-WLH-ADS; *N.L. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04788-WLH-ADS; *N.Y. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04801-WLH-ADS; *T.C. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04795-WLH-ADS; *X.N. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04800-WLH-ADS; *J.C. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04971-WLH-ADS; *C.S. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04992-WLH-ADS; *S.O. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04998-WLH-ADS; *W.L. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-04977-WLH-ADS; *L.S. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-05026-WLH-ADS; *A.K. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-05190-WLH-ADS; *W.P. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-05185-WLH-ADS; *J.L. v. MindGeek S.A.R.L., et al.*, Case No. 2:24-cv-07046-WLH-ADS (collectively with the above-captioned case, the "Related Actions").

This Omnibus Motion to Dismiss is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the accompanying Declaration, the accompanying Application for Leave to File Documents Under Seal, the pleadings, documents, and records on file in this action and in the Related Actions, all other matters judicially noticeable, such further papers as may be filed in connection with

this Motion, and on further documentary evidence and oral argument as this Court may consider.

This Omnibus Motion to Dismiss is made following the conference of counsel (by video) pursuant to L.R. 7-3, which took place on October 14, 2024.

The hearing for Defendants' Omnibus Motion to Dismiss has been set for January 31, 2025 at 1:30 p.m. in Courtroom 9B, 9th Floor of the above-referenced court, located at 350 W. 1st Street, Los Angeles, California 90012.

Dated: October 30, 2024

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Seth R. Goldman *(pro hac vice app. forthcoming)*
Peter A. Biagetti *(admitted pro hac vice)*
Arameh Z. O'Boyle
Esteban Morales Fabila
Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.