UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>            Plaintiff,<br><br>     v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>            Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING OMNIBUS MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.**<br>**[ECF NO. # 75]**<br><br>Hearing Date:    January 31, 2025<br>Hearing Time:    1:30 p.m.<br>Courtroom:        9B<br>Judge:                 Hon. Wesley L. Hsu<br><br>Complaint Filed:  June 7, 2024<br>Trial Date:            None Set |

1  The Court, having considered the Omnibus Motion to Dismiss ("Motion") of Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants"), and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

   1. The Plaintiffs' Complaints filed in the following actions are **DISMISSED WITH PREJUDICE**:

   a. *K.A. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04786-WLH-ADS;
   b. *L.T. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04791-WLH-ADS;
   c. *N.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04788-WLH-ADS;
   d. *N.Y. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04801-WLH-ADS;
   e. *T.C. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04795-WLH-ADS;
   f. *X.N. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04800-WLH-ADS;
   g. *J.C. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04971-WLH-ADS;
   h. *C.S. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04992-WLH-ADS;
   i. *S.O. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04998-WLH-ADS;
   j. *W.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-04977-WLH-ADS;
   k. *L.S. v. MindGeek S.A.R.L., et al.*, 2:24-cv-05026-WLH-ADS;
   l. *A.K. v. MindGeek S.A.R.L., et al.*, 2:24-cv-05190-WLH-ADS;
   m. *W.P. v. MindGeek S.A.R.L., et al.*, 2:24-cv-05185-WLH-ADS; and
   n. *J.L. v. MindGeek S.A.R.L., et al.*, 2:24-cv-07046 WLH-ADS.

   **IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1