Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

[*Additional Defendants' Counsel continued on next page*]

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| K.A., | Case No. 2:24-cv-04786-WLH-ADS |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | |
| | [Filed concurrently with Declaration of Peter A. Biagetti; Proposed Order] |
| | Complaint Filed: June 7, 2024 |
| | Trial Date: None Set |
| Defendants. | |

[*Additional Defendants' Counsel continued from caption page*]

Seth R. Goldman *(pro hac vice app. forthcoming)*
srgoldman@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Peter A. Biagetti *(admitted pro hac vice)*
pabiagetti@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Pursuant to Local Rule 79-5.2.2, Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully apply for an order sealing portions of the materials described below that are filed in connection with the MindGeek Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint with prejudice (the "Motion"):

1. The Omnibus Memorandum of Points and Authorities in Support of the Motion ("MPA"); and

2. The Declaration of Andreas Alkiviades Andreou in Support of the MindGeek Defendants' Motion ("Andreou Declaration").

As set forth in the accompanying Declaration of Peter A. Biagetti, the MPA and the Andreou Declaration contain non-public, proprietary information and trade secrets related to the financial operation of the MindGeek Defendants' businesses.

The information the MindGeek Defendants seek to file under seal also is derived from documents that have been designated "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL" by the MindGeek Defendants under the Protective Order entered by the Court on October 14, 2022 in the related case, *Fleites v. MindGeek S.à r.l., et al.,* Case No. 2:21-cv-4920-WLH-ADS (Dkt. 187) and is subject to the MindGeek Defendants' Application to Seal pending in that matter (Dkt. 445).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 30, 2024 | Respectfully submitted, |
| 3 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| 4 | | |
| 5 | | */s/ Peter A. Biagetti* |
| 6 | | Seth R. Goldman *(pro hac vice app. forthcoming)*<br>Peter A. Biagetti *(admitted pro hac vice)*<br>Arameh Z. O'Boyle |
| 7 | | Esteban Morales Fabila<br>Attorneys for Defendants |
| 8 | | MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG |
| 9 | | Global Entertainment Inc., and 9219-1568 Quebec Inc. |