UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [ECF NO. # 76]**<br><br>Complaint Filed: June 7, 2024<br>Trial Date:　　　None Set |

Having considered the MindGeek Defendants' Application for Leave to File Documents Under Seal (the "Application"), and compelling reasons appearing, the Court hereby **GRANTS** the MindGeek Defendants' Application and ORDERS the following documents are **SEALED**:

| DOCUMENT | MATERIAL TO BE SEALED |
|---|---|
| Omnibus Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 33, lines 3-4; and<br><br>Page 36, line 8. |
| Declaration of Andreas Alkiviades Andreou in Support of The MindGeek Defendants' Motion to Dismiss | Paragraph 10;<br><br>Paragraph 12, page 3, portions of lines 25-28 & page 4, lines 1-9;<br><br>Paragraph 14, page 4, portions of lines 22 & 24;<br><br>Paragraph 15, page 5, lines 5-17;<br><br>Paragraph 19, page 6, portions of lines 16, 19 & 20;<br><br>Paragraph 21, page 6, portions of lines 26-28 & page 7, lines 1-16;<br><br>Paragraph 23, page 7, portions of lines 22-27;<br><br>Paragraph 24;<br><br>Paragraph 29, page 9, portions of lines 12-20;<br><br>Paragraph 34, page 11, portions of lines 2-10;<br><br>Paragraph 42, page 13, portions of lines 2-10; and<br><br>Paragraph 50, page 15, portions of lines 2-10. |

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE