Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

[*Additional Defendants' Counsel continued on next page*]

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>          Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>          Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**PROOF OF SERVICE RE SEALED DOCUMENTS TO DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:  June 7, 2024<br>Trial Date:        None Set |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On October 30, 2024, I served a true and correct copy of the following document(s):

**[UNDER SEAL] DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**[UNREDACTED] OMNIBUS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.;**

**[UNDREDACTED] DECLARATION OF ANDREAS ALKIVIADES ANDREOU IN SUPPORT OF THE MINDGEEK DEFENDANTS' MOTION TO DISMISS**

⊠ | **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**SEE SERVICE LIST ATTACHED**

Executed on October 30, 2024, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*Diane Hashimoto*
Diane Hashimoto

1                                    1

1
2

## SERVICE LIST

3

| Parties | Attorneys |
|---|---|
| Plaintiffs | Michael J. Bowe, mbowe@brownrudnick.com<br>Lauren Tabaksblat, ltabaksblat@brownrudnick.com<br>Micaela J. Piña, mpina@brownrudnick.com<br>David M. Stein, dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White, rwhite@wmhwlaw.com<br>Dan Marmalefsky, DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown, JBrown@CohenGresser.com<br>Matthew V. Povolny, mpovolny@cohengresser.com<br>Joanna K. Chan, JChan@CohenGresser.com |
| David Tassillo | Jonathan S. Sack, JSack@maglaw.com<br>Alexander F.R. Peacocke, apeacocke@maglaw.com<br>David W. Wiechert, dwiechert@aol.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl, jamespearl@paulhastings.com<br>Adam M. Reich, adamreich@paulhastings.com<br>Emma Lanzon, emmalanzon@paulhastings.com<br>Kiaura Clark, kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille, dhille@whitecase.com<br>Kevin Adam, kevin.adam@whitecase.com<br>Russell Gould, russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello, Drew.Tulumello@weil.com<br>Mark A. Perry, mark.perry@weil.com |

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE RE SEALED DOCUMENTS TO THE MINDGEEK DEFENDANTS' CIVIL
LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL