David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S OMNIBUS NOTICE OF INTERESTED PARTIES** |

1   Pursuant to Local Civil Rule 7.1-1, the undersigned, counsel of record for
2   Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency
3   Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants"),
4   certifies that the following parties may have a pecuniary interest in the outcome of
5   this case: MindGeek, S.à.r.l.; MG Freesites, Ltd.; MindGeek USA Incorporated; MG
6   Premium Ltd.; MG Global Entertainment, Inc.; 9219-1568 Quebec, Inc.; Bernd
7   Bergmair; Feras Antoon; David Tassillo; Redwood Capital Management, LLC;
8   Redwood Master Fund, LTD; Redwood Opportunity Master Fund, Ltd.; Manuel
9   2018, LLC; Ginogerum, LLC; White-Hathaway Opportunity Fund, LLC; Visa, Inc.;
10  Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency
11  Services, LLC; CB Participations SPV, LLC; and Plaintiff.

    Pursuant to Federal Rule of Civil Procedure 7.1, the CB Defendants hereby
certify that they have no "parent corporation," and no publicly held corporation owns
ten percent or more of any CB Defendant's stock.

Dated: October 30, 2024          WHITE & CASE LLP

                                 By: /s/ David G. Hille
                                     David G. Hille

                                 Attorneys for Defendant
                                 COLBECK CAPITAL
                                 MANAGEMENT, LLC