1  David G. Hille (*pro hac vice*)
   dhille@whitecase.com
2  Kevin C. Adam (*pro hac vice*)
   kevin.adam@whitecase.com
3  WHITE & CASE LLP
4  1221 Avenue of the Americas
   New York, NY  10020-1095
5  Telephone:  (212) 819-8357
   Facsimile:   (212) 354-8113
6
7  Russell J. Gould (SBN 313352)
   russell.gould@whitecase.com
8  WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
9  Los Angeles, CA  90071-2433
10 Telephone:  (213) 620-7700
   Facsimile:   (213) 452-2329
11
   Attorneys for Defendants
12

13            UNITED STATES DISTRICT COURT
14            CENTRAL DISTRICT OF CALIFORNIA
15                   WESTERN DIVISION
16

| K.A., | Case No. 2:24-cv-04786-WLH-ADS |
|---|---|
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | **PROOF OF SERVICE** |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

1    I, Annel Cruz, hereby declare that I am over 18 years of age and not a party
2  to this action. My business address is 555 S. Flower Street, Suite 2700, Los
3  Angeles, CA 90071.
4    On October 30, 2024, I served copies of the following documents on a
5  counsel for each party by email with a file-transfer link to download the documents:
6   1) (ECF No. 74) Declaration of Kevin Adam in Support of Defendants
7       Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB
8       Agency Services, LLC; and CB Participations SPV, LLC's (collectively,
9       "CB Defendants") Application to Seal;
10  2) (ECF No. 74-1) CB Defendants' Omnibus Motion to Dismiss with
11      Memorandum of Points and Authorities;
12  3) (ECF No. 74-2) Declaration of David G. Hille in Support of CB
13      Defendants' Motion to Dismiss;
14  4) (ECF No.74-3) Exhibit A; and
15  5) (ECF No. 74-4) Exhibit B.

17    Executed on October 30, 2024, at Los Angeles, California.

      */s/ Annel Cruz*
      Annel Cruz