| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481)<br>jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314)<br>kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP**<br>1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California 90067<br>Telephone: 1(310) 620-5700 |
| 5 | Facsimile: 1(310) 620-5899 |
| 6 | ADAM M. REICH (SB# 274235)<br>adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*)<br>emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP**<br>71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606<br>Telephone: 1(312) 499-6000 |
| 10 | Facsimile: 1(312) 499-6100 |
| 11 | *[Additional Counsel for Defendant continued on next page]* |
| 12 | |
| 13 | *Attorneys for Defendant,*<br>*Redwood Capital Management, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | K.A., | CASE NO. 2:24-cv-04786-WLH-ADS |
| 17 | Plaintiff, | |
| 18 | vs. | **PROOF OF SERVICE** |
| 19 | MINDGEEK S.A.R.L. a foreign entity;<br>MG FREESITES, LTD., a foreign entity;<br>MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL | |

PROOF OF SERVICE

1  MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,
2
3         Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE

1 | *[Additional Counsel for Defendant continued from caption page]*

2 | KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
3 | **PAUL HASTINGS LLP**
200 Park Avenue
4 | New York, New York 10166
Telephone: 1(212) 318-6000
5 | Facsimile: 1(212) 752-3310

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed by Paul Hastings LLP in Century City, California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071.

On October 30, 2024, I served the foregoing document(s) described as:

**DECLARATION OF ADAM M. REICH IN SUPPORT OF DEFENDANT REDWOOD'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REDWOOD CAPITAL MANAGEMENT, LLC'S OMNIBUS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINTS IN RELATED CASES**

**REDWOOD CAPITAL MANAGEMENT, LLC'S OMNIBUS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINTS IN RELATED CASES**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the attached Service List at the corresponding email addresses set forth therein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 30, 2024.

By:  */s/ Irma Gamino*
     Irma Gamino

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| K.A<br>A.K.<br>C.S.<br>J.C.<br>J.L.<br>L.S.<br>L.T.<br>N.L.<br>N.Y.<br>S.O.<br>T.C.<br>W.L.<br>W.P.<br>X.N. | Michael J. Bowe: mbowe@brownrudnick.com<br>Lauren Tabaksblat: ltabaksblat@brownrudnick.com<br>Micaela J. Piña: mpina@brownrudnick.com<br>David M. Stein: dstein@olsonstein.com<br>John G. Doyle: jdoyle@brownrudnick.com<br>Meghan McCafferty: mmccafferty@brownrudnick.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander F.R. Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com |

| 9219-1568 Quebec Inc. | |
|---|---|

| 9219-1568 Quebec Inc. | PROOF OF SERVICE |
|---|---|