NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600

ATTORNEY(S) FOR: Defendant Feras Antoon

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

K.A.,

Plaintiff(s),

v.

MindGeek S.A.R.L., et al.

Defendant(s).

CASE NUMBER:

2:24-cv-04786-WLH-ADS

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Defendant Feras Antoon__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| K.A. | Plaintiff |
| MindGeek S.A.R.L. | Defendant |
| MG Freesites, Ltd. | Defendant |
| MindGeek USA Incorporated | Defendant |
| MG Premium Ltd. | Defendant |
| MG Global Entertainment Inc. | Defendant |
| 9219-1568 Quebec, Inc. | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Visa Inc. | Defendant |
| Redwood Capital Management, LLC | Defendant |
| Redwood Doe Funds 1-7 | Defendant |
| Colbeck Capital Management, LLC | Defendant |
| Colbeck Doe Funds 1-3 | Defendant |

November 6, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Feras Antoon

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES