1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. et al., <br><br> Defendants. | Case No. 2: 24-cv-04786-WLH-ADS <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINTS IN RELATED ACTIONS [ECF NOS. 69, 73, AND 76]** |

The Court, having considered Defendants' Sealing Applications (ECF Nos. 69, 73, and 76), all papers filed in support thereof, and Plaintiffs' Omnibus Opposition to Defendants' Sealing Applications (ECF No. 89), finds that Defendants' Sealing Applications fail to demonstrate compelling reasons to seal the information below in connection with their dispositive motions. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Thus, the Court hereby **DENIES** Defendants' Sealing Applications in their entirety and **ORDERS** the following documents **UNSEALED**:

**MindGeek [Dkt. 76-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Omnibus Memorandum of Points and Authorities in Support of Motion to Dismiss of Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 33, lines 3-4; and Page 36, line 8. | No compelling reason; superseded agreement; stale financial information |
| Declaration of Andreas Alkiviades Andreou in Support of The MindGeek Defendants' Motion to Dismiss | Paragraph 10; Paragraph 12, page 3, portions of lines 25-28 & page 4, lines 1-9; Paragraph 14, page 4, portions of lines | No compelling reason; superseded agreement; stale financial information |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| | 22 & 24; Paragraph 15, page 5, lines 5-17; Paragraph 19, page 6, portions of lines 16, 19 & 20; Paragraph 21, page 6, portions of lines 26-28 & page 7, lines 1-16; Paragraph 23, page 7, portions of lines 22-27; Paragraph 24; Paragraph 29, page 9, portions of lines 12-20; Paragraph 34, page 11, portions of lines 2-10; Paragraph 42, page 13, portions of lines 2-10; and Paragraph 50, page 15, portions of lines 2-10. | |

**Redwood [Dkt. 69-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| Redwood Capital Management, LLC's Omnibus Memorandum of Points and Authorities in Support of Motion | Consistent with redactions in document | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| to Dismiss Complaints in Related Cases | | |

**Colbeck [Dkt. 73-1]**

| Document | Requested Material To Be Sealed | Reason For Denial |
|---|---|---|
| CB Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaints ("Omnibus Motion to Dismiss") | Consistent with redactions highlighted in document | No compelling reason; stale financial information; superseded agreement |
| Exhibit A to Omnibus Motion to Dismiss | Entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |
| Exhibit B to Omnibus Motion to Dismiss | Entirety | No compelling reason; superseded agreement; stale financial information; not narrowly tailored |

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

3