# Exhibit 70

FILED UNDER SEAL