# Exhibit 78

# INTENTIONALLY LEFT BLANK