Case 2:24-cv-04786-WLH-ADS    Document 92-90    Filed 12/12/24    Page 1 of 2    Page ID #:1966

# Exhibit 90

# INTENTIONALLY LEFT BLANK