# Exhibit 92

# INTENTIONALLY LEFT BLANK