# Exhibit 101

FILED UNDER SEAL