Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:   212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>    Defendants. | Case No. 2:24-cv-4786-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**NOTICE OF LODGING MATERIALS IN SUPPORT OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Date:   JANUARY 31, 2025<br>Time:   1:30 PM<br>Courtroom:   9B<br><br>Complaint Filed: June 7, 2024 |

1    Plaintiff K.A. in the above-referenced matter and Plaintiffs in the additional
2 thirteen (13) related lawsuits before this Court (ECF No. 52, Ex. 1) (collectively,
3 "Plaintiffs") have lodged with the Court their Materials in Support of Plaintiffs'
4 Omnibus Opposition to Defendants' Motions to Dismiss via hand-delivered USB, to
5 be delivered on December 13, 2024.

| Exhibit | Bates/ECF No. | Document |
|---|---|---|
| 13 | MindGeek_Fleites_00097925 | Excel Sheets for MG Premium Ltd, "List of suppliers with expenses of $500,000 and more expensed in Website operating expenses and Other operating expenses and all payments made to these suppliers during the same year, and list of all companies under management deals (expenses going to Website operating expenses) and all payments made to these companies |
| 14 | MindGeek_Fleites_00097926 | Excel Sheets for MG Freesites Ltd, "List of suppliers with expenses of $500,000 and more expensed in Website operating expenses and Other operating expenses and all payments made to these suppliers during the same year |
| 16 | MindGeek_Fleites_00098687 | MG Freesites Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses and other operating expenses and all payments made to these suppliers during the year of 2020 |
| 17 | MindGeek_Fleites_00098688 | MG Premium Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses and other operating expenses and all payments made to these suppliers during the same year, and list of all companies under management deals (expenses going to Website operating expenses) and all payments made to these companies; |
| 20 | Bergmair_Fleites_00000099 | Spreadsheet titled "Guidelines" |
| 20 | Bergmair_Fleites_00000100 | 2 Spreadsheets containing keywords in relation to CSAM, etc. |
| 20 | Bergmair_Fleites_00000150 | Spreadsheet titled "Black Channels," "Grey Channels" |
| 20 | Bergmair_Fleites_00000154 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000156 | Spreadsheet titled "Grey Channels" |
| 20 | Bergmair_Fleites_00000158 | Spreadsheet titled "Black Channels" |

| Exhibit | Bates/ECF No. | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000160 | Spreadsheet titled :Grey Channels" |
| 20 | Bergmair_Fleites_00000162 | Excel Sheets containing keywords |
| 36 | Bergmair_Fleites_00001422 | Emails exchanged between MindGeek employees with the subject line "May 2020 Budget" |
| 67 | MindGeek_Fleites_00001578 | 2014 MindGeek Group Financial Reporting Package |
| 68 | MindGeek_Fleites_00001579 | 2015 MindGeek Group Financial Reporting Package |
| 69 | MindGeek_Fleites_00001580 | 2016 MindGeek Group Financial Reporting Package |
| 70 | MindGeek_Fleites_00001581 | 2017 MindGeek Group Financial Reporting Package |
| 71 | MindGeek_Fleites_00001582 | 2018 MindGeek Group Financial Reporting Package |
| 72 | MindGeek_Fleites_00001583 | 2019 MindGeek Group Financial Reporting Package |
| 73 | MindGeek_Fleites_00001584 | 2020 MindGeek Group Financial Reporting Package |
| 74 | MindGeek_Fleites_00001585 | 2021 MindGeek Group Financial Reporting Package |
| 79 | Bergmair_Fleites_00002318 | Excel sheet with a Tab named "PAYOUTS" |
| 94 | Bergmair_Fleites_00002458 | Excel Sheet with a Tab named "Shareholder dis from 2014" |
| 96 | Bergmair_Fleites_00002460 | Excel Sheet with Tabs named "Shareholder dis from 2014", "BB 2019 distributions", and "BB 2020 distributions" |
| 100 | MindGeek_Fleites_00066311 | Excel Sheet titled, "LIPI Expenses Allocation" |
| 101 | MindGeek_Fleites_00067772 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 102 | MindGeek_Fleites_00067773 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 103 | MindGeek_Fleites_00067774 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 104 | MindGeek_Fleites_00067775 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 105 | MindGeek_Fleites_00067776 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |
| 106 | MindGeek_Fleites_00067777 | Excels titled, "LIPI Expenses Allocation" (2014-2020) |

| | | |
|---|---|---|
| 1 | Dated: December 12, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Michael J. Bowe |
| 4 | | Michael J. Bowe (*pro hac vice*) |
| | | mbowe@brownrudnick.com |
| 5 | | Lauren Tabaksblat (*pro hac vice*) |
| 6 | | ltabaksblat@brownrudnick.com |
| | | **BROWN RUDNICK LLP** |
| 7 | | 7 Times Square |
| 8 | | New York, NY 10036 |
| | | Phone: 212.209.4800 |
| 9 | | Fax:    212.209.4801 |
| 10 | | |
| 11 | | David M. Stein (State Bar #198256) |
| | | dstein@olsonstein.com |
| 12 | | **OLSON STEIN LLP** |
| 13 | | 240 Nice Lane #301 |
| | | Newport Beach, CA 92663 |
| 14 | | Phone: 949.887.4600 |
| 15 | | |
| 16 | | *Counsel for Plaintiffs* |