| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice*)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice*)<br>ltabaksblat@brownrudnick.com<br>**BROWN RUDNICK LLP**<br>7 Times Square<br>New York, NY 10036<br>Phone: 212.209.4800<br>Fax:     212.209.4801 | David M. Stein (State Bar # 198256)<br>dstein@olsonstein.com<br>**OLSON STEIN LLP**<br>240 Nice Lane # 301<br>Newport Beach, CA 92663<br>Phone: 949.887.4600 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>                Plaintiff,<br><br>        v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-4786-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**<br><br>Date:     JANUARY 31, 2025<br>Time:    1:30 PM<br>Courtroom:    9B<br><br>COMPLAINT FILED: June 7, 2024 |

Pursuant to Local Rule 79-5.2.2 and the Amended Stipulated Protective Order in *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS (ECF No. 490, "Amended Protective Order"), Plaintiff K.A. in the above-referenced matter and Plaintiffs in the additional thirteen (13) related lawsuits before this Court (ECF No. 52, Ex. 1) (collectively, "Plaintiffs") hereby submit this Application for Leave to File Under Seal limited portions of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss, the Declaration of Michael J. Bowe in support of Plaintiffs' Omnibus Opposition, and certain exhibits attached to the Declaration of Michael J. Bowe.

The Amended Protective Order allows a party to designate material that it produces as "Confidential" or "Highly Confidential" if it qualifies for protection under Fed. R. Civ. P. 26(c), or as otherwise provided for in the parties' Good Cause Statement. The MindGeek Defendants designated virtually all of the discovery produced in this case and portions of each witness's deposition testimony Confidential or Highly Confidential pursuant to the Protective Order.

Plaintiffs met and conferred with Defendants concerning their Motions to Dismiss on October 14, 2024. On December 11, 2024, Plaintiffs notified Defendants of their intent to reference or attach as exhibits to their Omnibus Opposition the same discovery materials and testimony, which has been designated as Confidential or Highly Confidential by the MindGeek Defendants, that Plaintiff in the *Fleites* Action attached to her Omnibus Opposition. Defendants again requested that all designated materials and testimony be filed under seal.

Accordingly, Plaintiffs have redacted the designated material from the publicly filed version of their Omnibus Opposition and have filed under seal the supporting exhibits with designated material.

By making this Application, Plaintiffs do not agree that any of the designated discovery materials and testimony should be maintained under seal. Pursuant to Local Rule 79-5.2.2(b)(i), the burden is on Defendants to file a declaration to establish that

all or part of those materials and testimony are sealable.

Plaintiffs therefore respectfully request that the Court enter the concurrently filed [Proposed] Order permitting Plaintiffs to file under seal the following exhibits attached to the sealed declaration in support of this Application:

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 1 | --- | June 1, 2023 Andreou Deposition Transcript (excerpted) |
| 3 | --- | June 14, 2023 Antoon Deposition Transcript (excerpted) |
| 4 | --- | June 15, 2023 Bergmair Deposition Transcript (excerpted) |
| 5 | --- | June 16, 2023 Tassillo Deposition Transcript (excerpted) |
| 6 | Bergmair_Fleites_00002186 | October 15, 2013 Manwin Holding S.a.r.l., Project No Name, Step Memorandum |
| 7 | MindGeek_Fleites_00000413 | 2019 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000456 | 2014 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000491 | 2015 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000527 | 2017 Report and Financial Statements for MG Freesites Ltd |
| 7 | MindGeek_Fleites_00000564 | 2016 Report and Financial Statements for MG Freesites Ltd |
| 8 | MGGT000008 | July 1, 2014 Alchemy Capital Planning LLC, Memorandum |
| 8 | MindGeek_Fleites_00000376 | 2018 Report and Financial Statements for MG Freesites Ltd |
| 9 | --- | Expert Declaration in Support of Plaintiff's Omnibus Opposition |
| 10 | MindGeek_Fleites_00008490 | April 2017 Confidential Information Memorandum - MindGeek S.a.r.l. |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 11 | MindGeek_Fleites_00008508 | July 2015 Confidential Information Memorandum - MindGeek S.a.r.l. |
| 12 | Tassillo_Fleites_00000914 | March 16, 2023 Share Pledge Agreement |
| 13 | MindGeek_Fleites_00097925 | Excel spreadsheet for MG Premium Ltd.'s list of suppliers with expenses of $500,000 and more expensed in Website operating expenses |
| 14 | MindGeek_Fleites_00097926 | Excel spreadsheet for MG Freesites Ltd.'s List of suppliers with expenses of $500,000 and more expensed in Website operating expenses |
| 15 | MindGeek_Fleites_00008664 | May 2014 Confidential Information Memorandum - MindGeek S.a.r.l. |
| 16 | MindGeek_Fleites_00098687 | MG Freesites Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses |
| 17 | MindGeek_Fleites_00098688 | MG Premium Ltd; List of Suppliers with expenses of $500,000 and more expenses in Website operating expenses |
| 18 | --- | September 22, 2022 Defendant Feras Antoon's Responses and Objections to Plaintiff's First Set of Interrogatories |
| 19 | --- | September 22, 2022 Defendant Bernd Bergmair's Objections and Responses to Plaintiff's First Set of Interrogatories |
| 19 | --- | June 14, 2023 Defendant Bernd Bergmair's Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories |
| 19 | --- | June 15, 2023 Defendant Bernd Bergmair's Responses and Objections to Plaintiff's Second Set of Interrogatories |
| 20 | Bergmair_Fleites_00000001 | Emails between MindGeek Employees |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000003 | Letter from Visa and National Center on Sexual Exploitation |
| 20 | Bergmair_Fleites_00000009 | Internal MindGeek Notes; "The news media" |
| 20 | Bergmair_Fleites_00000011 | Draft Letter from MindGeek addressing concerns raised by VISA |
| 20 | Bergmair_Fleites_00000024 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000025 | Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring |
| 20 | Bergmair_Fleites_00000038 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000041 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000042 | Letter from MindGeek to Mastercard |
| 20 | Bergmair_Fleites_00000080 | Letter from MG Billing US Corp to partners addressing allegations |
| 20 | Bergmair_Fleites_00000084 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000085 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000087 | Feras Antoon contact information |
| 20 | Bergmair_Fleites_00000088 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000089 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000091 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000093 | Letter from MindGeek addressing allegations |
| 20 | Bergmair_Fleites_00000095 | Emails between MindGeek Employees, Patreus and Mitchell Silberberg & Knupp LLP |
| 20 | Bergmair_Fleites_00000097 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000099 | Spreadsheet titled "Guidelines" |
| 20 | Bergmair_Fleites_00000100 | 2 Spreadsheets containing keywords in relation to CSAM, etc. |
| 20 | Bergmair_Fleites_00000101 | Emails between MindGeek Employees |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000103 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000106 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000107 | Draft Letter from MindGeek addressing concerns raised by VISA |
| 20 | Bergmair_Fleites_00000124 | Feras Antoon contact information |
| 20 | Bergmair_Fleites_00000125 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000128 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000130 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000132 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000134 | Teams Meeting Invite between MindGeek Employees |
| 20 | Bergmair_Fleites_00000135 | Letter from MindGeek addressing concerns raised by VISA to CardWorks Acquiring |
| 20 | Bergmair_Fleites_00000139 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000141 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000142 | "Partnerships and government contacts - Summary" |
| 20 | Bergmair_Fleites_00000144 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000147 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000150 | Spreadsheet titled "Black Channels," "Grey Channels" |
| 20 | Bergmair_Fleites_00000152 | Emails between MindGeek Employees and Patreus |
| 20 | Bergmair_Fleites_00000154 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000156 | Spreadsheet titled "Grey Channels" |
| 20 | Bergmair_Fleites_00000158 | Spreadsheet titled "Black Channels" |
| 20 | Bergmair_Fleites_00000160 | Spreadsheet titled :Grey Channels" |
| 20 | Bergmair_Fleites_00000162 | Excel Sheets containing keywords |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 20 | Bergmair_Fleites_00000164 | Emails between MindGeek Employees |
| 20 | Bergmair_Fleites_00000165 | June 30, 2020 letter from MindGeek to Merrick Bank addressing allegations |
| 20 | Bergmair_Fleites_00000177 | Feras Antoon contact information |
| 21 | Bergmair_Fleites_00000982 | Emails exchanged between MindGeek employees with the subject lines "week 2 transition milestones" and "PEI week 2 transition milestones" |
| 22 | Bergmair_Fleites_00000984 | Emails exchanged between MindGeek employees with the subject line "Revised CIM and Refi Term sheet for Blake's" |
| 23 | Bergmair_Fleites_00001068 | Emails exchanged between MindGeek employees with the subject line "2018 Strategy session- Day 3 Summary_V3" |
| 24 | Bergmair_Fleites_00001069 | MindGeek 2018 - Strategy Brainstorming, Summary and Action Items |
| 25 | Bergmair_Fleites_00001088 | Emails exchanged between MindGeek employees and Frank Di Rocco |
| 26 | Bergmair_Fleites_00001098 | MindGeek S.a.r.l., Corporate Overview |
| 27 | Bergmair_Fleites_00001133 | Emailed meeting invitation between MindGeek employees with the subject line "Meeting (Bernard, Feras, David, Eddy)" |
| 28 | Bergmair_Fleites_00001134 | Emailed meeting invitation exchanged between MindGeek employees with the subject line "Spago Beverly Hills" |
| 29 | Bergmair_Fleites_00001220 | Emails exchanged between MindGeek employees with the subject line "kink acquisition" |
| 30 | Bergmair_Fleites_00001235 | Emails exchanged between MindGeek employees and Google with the subject line "Google Response to MindGeek RFP for GCP" |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 31 | Bergmair_Fleites_00001263 | Emails exchanged between MindGeek employees with the subject line "Online Harms White Paper" |
| 32 | Bergmair_Fleites_00001346 | Emailed meeting invitation exchanged between MindGeek employees with the subject line "Invitation: HOLD Meeting | MindGeek - Bernard Bergmair, Chairman of t… @ Fri May 17, 2019 11 am - 11:45 am (PDT) (bernard@patreus.com)" |
| 33 | Bergmair_Fleites_00001357 | Emails exchanged between MindGeek employees with the subject line "Bank pack" |
| 34 | Bergmair_Fleites_00001380 | August 2019 MindGeek S.a.r.l. Management Presentation |
| 35 | Bergmair_Fleites_00001419 | April 2020 Emails exchanged between MindGeek employees with the subject line "Project OTHER" |
| 36 | Bergmair_Fleites_00001422 | Emails exchanged between MindGeek employees with the subject line "May 2020 Budget" |
| 37 | Bergmair_Fleites_00001504 | Emails exchanged between MindGeek employees with the subject line "Mastercard request" |
| 38 | Bergmair_Fleites_00001508 | Emails exchanged between MindGeek employees with the subject line "Project OTHER" |
| 39 | Bergmair_Fleites_00001528 | 2020 Emails exchanged between MindGeek employees with the subject lines "[External] Upcoming calls" and "FW: Legal Tubes Audit update" |
| 40 | Bergmair_Fleites_00002292 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 42 | Bergmair_Fleites_00002294 | Letter re dividends |
| 43 | Bergmair_Fleites_00002295 | Letter re licensing |
| 44 | Bergmair_Fleites_00002296 | Letter re payment directions |
| 45 | Bergmair_Fleites_00002297 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 46 | Bergmair_Fleites_00002298 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |
| 48 | Bergmair_Fleites_00002300 | Letter re payment directions |
| 49 | Bergmair_Fleites_00002301 | Emails exchanged between MindGeek and Patreus with the subject line "pmt direction" |
| 51 | Bergmair_Fleites_00002303 | Letter re payment directions |
| 52 | Bergmair_Fleites_00002304 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 53 | Bergmair_Fleites_00002305 | Letter re payment directions |
| 54 | Bergmair_Fleites_00002306 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 55 | Bergmair_Fleites_00002307 | Emails exchanged between MindGeek and Patreus with the subject line "pmt ltr" |
| 56 | Bergmair_Fleites_00002308 | Letter re payment directions |
| 57 | Bergmair_Fleites_00002309 | Emails exchanged between MindGeek and Patreus with the subject line "payment direction" |
| 58 | Bergmair_Fleites_00002311 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 59 | Bergmair_Fleites_00002312 | Letter re payment directions |
| 60 | Bergmair_Fleites_00002313 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 61 | Bergmair_Fleites_00002314 | Letter re payment directions |
| 62 | Bergmair_Fleites_00002315 | Emails exchanged between MindGeek and Patreus with the subject line "payment" |
| 63 | Bergmair_Fleites_00002316 | Letter re licensing |
| 64 | MindGeek_Fleites_00007123 | February 14, 2017 Services Agreement |
| 64 | MindGeek_Fleites_00007137 | Termination Agreement |
| 64 | MindGeek_Fleites_00007144 | February 14, 2017 Server Cost Sharing Agreement |
| 64 | MindGeek_Fleites_00007148 | Termination Agreement |
| 64 | MindGeek_Fleites_00007155 | January 1, 2016 Services Agreement |

8
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL
MATERIALS RELATED TO OMNIBUS OPPOSITION

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 64 | MindGeek_Fleites_00007164 | January 1, 2019 Services Agreement |
| 64 | MindGeek_Fleites_00007175 | November 1, 2020 Services Agreement |
| 64 | MindGeek_Fleites_00007183 | Server Cost Sharing Agreement |
| 64 | MindGeek_Fleites_00007186 | First Amendment to the Server Cost Sharing Agreement |
| 65 | MindGeek_Fleites_00012267 | IP License Agreement |
| 67 | MindGeek_Fleites_00001578 | 2014 MindGeek Group Financial Reporting Package |
| 68 | MindGeek_Fleites_00001579 | 2015 MindGeek Group Financial Reporting Package |
| 69 | MindGeek_Fleites_00001580 | 2016 MindGeek Group Financial Reporting Package |
| 70 | MindGeek_Fleites_00001581 | 2017 MindGeek Group Financial Reporting Package |
| 71 | MindGeek_Fleites_00001582 | 2018 MindGeek Group Financial Reporting Package |
| 72 | MindGeek_Fleites_00001583 | 2019 MindGeek Group Financial Reporting Package |
| 73 | MindGeek_Fleites_00001584 | 2020 MindGeek Group Financial Reporting Package |
| 74 | MindGeek_Fleites_00001585 | 2021 MindGeek Group Financial Reporting Package |
| 75 | MindGeek_Fleites_00000020 | Further Amended and Restated Executive Employment Agreement 2018 - 2024 for Feras Antoon |
| 76 | MindGeek_Fleites_00000042 | Further Amended and Restated Executive Employment Agreement between 9219-1568 Quebec Inc. and David Tassillo |
| 77 | Bergmair_Fleites_00002008 | Emails exchanged between MindGeek and Polley Faith with the subject line "Inquiries from UK" |
| 83 | Bergmair_Fleites_00002328 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 84 | Bergmair_Fleites_00002329 | Letter re dividends |
| 85 | Bergmair_Fleites_00002330 | Letter re dividends |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| 86 | Bergmair_Fleites_00002331 | Emails exchanged between MindGeek and Patreus with the subject line "ltr" |
| 87 | Bergmair_Fleites_00002332 | Letter re dividends |
| 88 | Bergmair_Fleites_00002333 | Emails exchanged between MindGeek and Patreus with the subject line "dividends" |
| 91 | Bergmair_Fleites_00002449 | Emails exchanged between MindGeek and Patreus with the subject line "Summary of 2019 details" |
| 93 | Bergmair_Fleites_00002456 | Emails exchanged between MindGeek and Patreus with the subject line "Re: div history" |
| 94 | Bergmair_Fleites_00002458 | Excel Sheet with a Tab named "Shareholder dis from 2014" |
| 95 | Bergmair_Fleites_00002459 | Emails exchanged between MindGeek and Patreus with the subject line "2019 distributions" |
| 96 | Bergmair_Fleites_00002460 | Excel Sheet with Bergmair distributions |
| 97 | Bergmair_Fleites_00001429 | MindGeek S.a.r.l., Consolidated Financial Statements |
| 99 | MindGeek_Fleites_00030407 | March 1, 2010 Hosting Agreement |
| 100 | MindGeek_Fleites_00066311 | Excel titled, "LIPI Expenses Allocation" (2019) |
| 101 | MindGeek_Fleites_00067772 | Excel titled, "LIPI Expenses Allocation" (2014) |
| 102 | MindGeek_Fleites_00067773 | Excel titled, "LIPI Expenses Allocation" (2015) |
| 103 | MindGeek_Fleites_00067774 | Excel titled, "LIPI Expenses Allocation" (2016) |
| 104 | MindGeek_Fleites_00067775 | Excel titled, "LIPI Expenses Allocation" (2017) |
| 105 | MindGeek_Fleites_00067776 | Excel titled, "LIPI Expenses Allocation" (2018) |
| 106 | MindGeek_Fleites_00067777 | Excel titled, "LIPI Expenses Allocation" (2020) |
| 107 | MindGeek_Fleites_00001814 | October 18, 2013 Shareholders' Agreement |
|  | --- | Redacted text in Omnibus Opposition which references the designated materials |

| Bowe Decl. Ex. | Bates | Document |
|---|---|---|
| | --- | Redacted text in Bowe Declaration which references the designated materials |

Defendants have been served with a copy of this Application today through the CM/ECF system, and by email, as required by Local Rule 79-5.2.2.

Dated: December 12, 2024                    Respectfully submitted,


/s/ Lauren Tabaksblat
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:   212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600


*Counsel for Plaintiffs*