UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-4786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**<br><br>Judge: Hon. Wesley L. Hsu |

On December 12, 2024, Plaintiff K.A. in the above-referenced matter and Plaintiffs in the additional thirteen (13) related lawsuits before this Court (ECF No. 52, Ex. 1) (collectively, "Plaintiffs") filed an Application for Leave to File Under Seal Materials Related to Omnibus Opposition (the "Application").

The Court, having considered the Application, hereby GRANTS the Application and ORDERS the following documents SEALED:

| Document | Portions to Be Filed Under Seal |
|---|---|
| Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss ("Omnibus Opposition") | Consistent with redactions highlighted in document |
| Declaration of Michael J. Bowe in Support of Omnibus Opposition ("Bowe Decl.") | Consistent with redactions highlighted in document |
| Exhibit 1 to Bowe Decl. | Entirety |
| Exhibit 3 to Bowe Decl. | Entirety |
| Exhibit 4 to Bowe Decl. | Entirety |
| Exhibit 5 to Bowe Decl. | Entirety |
| Exhibit 6 to Bowe Decl. | Entirety |
| Exhibit 7 to Bowe Decl. | Entirety |
| Exhibit 8 to Bowe Decl. | Entirety |
| Exhibit 9 to Bowe Decl. | Entirety |
| Exhibit 10 to Bowe Decl. | Entirety |
| Exhibit 11 to Bowe Decl. | Entirety |
| Exhibit 12 to Bowe Decl. | Entirety |
| Exhibit 13 to Bowe Decl. | Entirety |
| Exhibit 14 to Bowe Decl. | Entirety |
| Exhibit 15 to Bowe Decl. | Entirety |
| Exhibit 16 to Bowe Decl. | Entirety |

| | | |
|---|---|---|
| 1 | Exhibit 17 to Bowe Decl. | Entirety |
| 2 | Exhibit 18 to Bowe Decl. | Entirety |
| 3 | Exhibit 19 to Bowe Decl. | Entirety |
| 4 | Exhibit 20 to Bowe Decl. | Entirety |
| 5 | Exhibit 21 to Bowe Decl. | Entirety |
| 6 | Exhibit 22 to Bowe Decl. | Entirety |
| 7 | Exhibit 23 to Bowe Decl. | Entirety |
| 8 | Exhibit 24 to Bowe Decl. | Entirety |
| 9 | Exhibit 25 to Bowe Decl. | Entirety |
| 10 | Exhibit 26 to Bowe Decl. | Entirety |
| 11 | Exhibit 27 to Bowe Decl. | Entirety |
| 12 | Exhibit 28 to Bowe Decl. | Entirety |
| 13 | Exhibit 29 to Bowe Decl. | Entirety |
| 14 | Exhibit 30 to Bowe Decl. | Entirety |
| 15 | Exhibit 31 to Bowe Decl. | Entirety |
| 16 | Exhibit 32 to Bowe Decl. | Entirety |
| 17 | Exhibit 33 to Bowe Decl. | Entirety |
| 18 | Exhibit 34 to Bowe Decl. | Entirety |
| 19 | Exhibit 35 to Bowe Decl. | Entirety |
| 20 | Exhibit 36 to Bowe Decl. | Entirety |
| 21 | Exhibit 37 to Bowe Decl. | Entirety |
| 22 | Exhibit 38 to Bowe Decl. | Entirety |
| 23 | Exhibit 39 to Bowe Decl. | Entirety |
| 24 | Exhibit 40 to Bowe Decl. | Entirety |
| 25 | Exhibit 42 to Bowe Decl. | Entirety |
| 26 | Exhibit 43 to Bowe Decl. | Entirety |
| 27 | Exhibit 44 to Bowe Decl. | Entirety |
| 28 | | |

| | |
|---|---|
| Exhibit 45 to Bowe Decl. | Entirety |
| Exhibit 46 to Bowe Decl. | Entirety |
| Exhibit 48 to Bowe Decl. | Entirety |
| Exhibit 49 to Bowe Decl. | Entirety |
| Exhibit 50 to Bowe Decl. | Entirety |
| Exhibit 51 to Bowe Decl. | Entirety |
| Exhibit 52 to Bowe Decl. | Entirety |
| Exhibit 53 to Bowe Decl. | Entirety |
| Exhibit 54 to Bowe Decl. | Entirety |
| Exhibit 55 to Bowe Decl. | Entirety |
| Exhibit 56 to Bowe Decl. | Entirety |
| Exhibit 57 to Bowe Decl. | Entirety |
| Exhibit 58 to Bowe Decl. | Entirety |
| Exhibit 59 to Bowe Decl. | Entirety |
| Exhibit 60 to Bowe Decl. | Entirety |
| Exhibit 61 to Bowe Decl. | Entirety |
| Exhibit 62 to Bowe Decl. | Entirety |
| Exhibit 63 to Bowe Decl. | Entirety |
| Exhibit 64 to Bowe Decl. | Entirety |
| Exhibit 65 to Bowe Decl. | Entirety |
| Exhibit 67 to Bowe Decl. | Entirety |
| Exhibit 68 to Bowe Decl. | Entirety |
| Exhibit 69 to Bowe Decl. | Entirety |
| Exhibit 70 to Bowe Decl. | Entirety |
| Exhibit 71 to Bowe Decl. | Entirety |
| Exhibit 72 to Bowe Decl. | Entirety |
| Exhibit 73 to Bowe Decl. | Entirety |

| | |
|---|---|
| Exhibit 74 to Bowe Decl. | Entirety |
| Exhibit 75 to Bowe Decl. | Entirety |
| Exhibit 76 to Bowe Decl. | Entirety |
| Exhibit 77 to Bowe Decl. | Entirety |
| Exhibit 83 to Bowe Decl. | Entirety |
| Exhibit 84 to Bowe Decl. | Entirety |
| Exhibit 85 to Bowe Decl. | Entirety |
| Exhibit 86 to Bowe Decl. | Entirety |
| Exhibit 87 to Bowe Decl. | Entirety |
| Exhibit 88 to Bowe Decl. | Entirety |
| Exhibit 91 to Bowe Decl. | Entirety |
| Exhibit 93 to Bowe Decl. | Entirety |
| Exhibit 94 to Bowe Decl. | Entirety |
| Exhibit 95 to Bowe Decl. | Entirety |
| Exhibit 96 to Bowe Decl. | Entirety |
| Exhibit 97 to Bowe Decl. | Entirety |
| Exhibit 99 to Bowe Decl. | Entirety |
| Exhibit 100 to Bowe Decl. | Entirety |
| Exhibit 101 to Bowe Decl. | Entirety |
| Exhibit 102 to Bowe Decl. | Entirety |
| Exhibit 103 to Bowe Decl. | Entirety |
| Exhibit 104 to Bowe Decl. | Entirety |
| Exhibit 105 to Bowe Decl. | Entirety |
| Exhibit 106 to Bowe Decl. | Entirety |
| Exhibit 107 to Bowe Decl. | Entirety |

**IT IS SO ORDERED.**

Dated: _____

                HON. WESLEY L. HSU

                UNITED STATES DISTRICT JUDGE