Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.960
Fax:    212.209.961

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-4786-WLH-ADS<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Wesley L. Hsu |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 and not a party to the above-titled action. My business address is 7 Times Square, New York, NY 10036.

On December 13, 2024, I served a true and correct copy of the following documents on all persons appearing on the attached Service List by email with a file-transfer link to download the documents:

1. [96] Declaration of Lauren Tabaksblat ISO Plaintiffs' Application for Leave to File Under Seal Materials Related to Omnibus Opposition
2. [96-1] Unredacted Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss
3. [96-2] Unredacted Declaration of Michael J. Bowe ISO Plaintiffs' Omnibus Opposition
4. [96-3] Unredacted Exhibit 1
5. [96-4] Unredacted Exhibit 3
6. [96-5] Unredacted Exhibit 4
7. [96-6] Unredacted Exhibit 5
8. [96-7] Unredacted Exhibit 6
9. [96-8] Unredacted Exhibit 7
10. [96-9] Unredacted Exhibit 8
11. [96-10] Unredacted Exhibit 9
12. [96-11] Unredacted Exhibit 10
13. [96-12] Unredacted Exhibit 11
14. [96-13] Unredacted Exhibit 12
15. [96-14] Unredacted Exhibit 13
16. [96-15] Unredacted Exhibit 14
17. [96-16] Unredacted Exhibit 15
18. [96-17] Unredacted Exhibit 16
19. [96-18] Unredacted Exhibit 17

20. [96-19] Unredacted Exhibit 18
21. [96-20] Unredacted Exhibit 19
22. [96-21] Unredacted Exhibit 20
23. [96-22] Unredacted Exhibit 21
24. [96-23] Unredacted Exhibit 22
25. [96-24] Unredacted Exhibit 23
26. [96-25] Unredacted Exhibit 24
27. [96-26] Unredacted Exhibit 25
28. [96-27] Unredacted Exhibit 26
29. [96-28] Unredacted Exhibit 27
30. [96-29] Unredacted Exhibit 28
31. [96-30] Unredacted Exhibit 29
32. [96-31] Unredacted Exhibit 30
33. [96-32] Unredacted Exhibit 31
34. [96-33] Unredacted Exhibit 32
35. [96-34] Unredacted Exhibit 33
36. [96-35] Unredacted Exhibit 34
37. [96-36] Unredacted Exhibit 35
38. [96-37] Unredacted Exhibit 36
39. [96-38] Unredacted Exhibit 37
40. [96-39] Unredacted Exhibit 38
41. [96-40] Unredacted Exhibit 39
42. [96-41] Unredacted Exhibit 40
43. [96-42] Unredacted Exhibit 42
44. [96-43] Unredacted Exhibit 43
45. [96-44] Unredacted Exhibit 44
46. [96-45] Unredacted Exhibit 45
47. [96-46] Unredacted Exhibit 46
48. [96-47] Unredacted Exhibit 48
49. [96-48] Unredacted Exhibit 49

50. [96-49] Unredacted Exhibit 51
51. [96-50] Unredacted Exhibit 52
52. [96-51] Unredacted Exhibit 53
53. [96-52] Unredacted Exhibit 54
54. [96-53] Unredacted Exhibit 55
55. [96-54] Unredacted Exhibit 56
56. [96-55] Unredacted Exhibit 57
57. [96-56] Unredacted Exhibit 58
58. [96-57] Unredacted Exhibit 59
59. [96-58] Unredacted Exhibit 60
60. [96-59] Unredacted Exhibit 61
61. [96-60] Unredacted Exhibit 62
62. [96-61] Unredacted Exhibit 63
63. [96-62] Unredacted Exhibit 64
64. [96-63] Unredacted Exhibit 65
65. [96-64] Unredacted Exhibit 67
66. [96-65] Unredacted Exhibit 68
67. [96-66] Unredacted Exhibit 69
68. [96-67] Unredacted Exhibit 70
69. [96-68] Unredacted Exhibit 71
70. [96-69] Unredacted Exhibit 72
71. [96-70] Unredacted Exhibit 73
72. [96-71] Unredacted Exhibit 74
73. [96-72] Unredacted Exhibit 75
74. [96-73] Unredacted Exhibit 76
75. [96-74] Unredacted Exhibit 77
76. [96-75] Unredacted Exhibit 83
77. [96-76] Unredacted Exhibit 84
78. [96-77] Unredacted Exhibit 85
79. [96-78] Unredacted Exhibit 86

PROOF OF SERVICE

80. [96-79] Unredacted Exhibit 87
81. [96-80] Unredacted Exhibit 88
82. [96-81] Unredacted Exhibit 91
83. [96-82] Unredacted Exhibit 93
84. [96-83] Unredacted Exhibit 94
85. [96-84] Unredacted Exhibit 95
86. [96-85] Unredacted Exhibit 96
87. [96-86] Unredacted Exhibit 97
88. [96-87] Unredacted Exhibit 99
89. [96-88] Unredacted Exhibit 100
90. [96-89] Unredacted Exhibit 101
91. [96-90] Unredacted Exhibit 102
92. [96-91] Unredacted Exhibit 103
93. [96-92] Unredacted Exhibit 104
94. [96-93] Unredacted Exhibit 105
95. [96-94] Unredacted Exhibit 106
96. [96-95] Unredacted Exhibit 107

Executed on December 12, 2024 in New York, New York.

*/s/ Karina Ureña*
Karina Ureña

# SERVICE LIST

| Parties | Attorneys |
|---|---|
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc.<br>9219-1568 Quebec Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com<br>Kerime S. Akoglu: KSAkoglu@mintz.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Ginogerum, LLC<br>White-Hathaway Opportunity Fund, LLC | James Pearl: jamespearl@paulhastings.com<br>Adam M. Reich: adamreich@paulhastings.com<br>Emma Lanzon: emmalanzon@paulhastings.com<br>Kiaura Clark: kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |