1 WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert, CA Bar No. 94607
2 4000 MacArthur Boulevard,
Suite 600 East Tower
3 Newport Beach, CA 92660
Phone: (949) 361-2822
4 Facsimile: (949) 361-5722
Email: dwiechert@aol.com
5
6 COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
7 Matthew V. Povolny (*pro hac vice*)
Joanna Chan
8 800 Third Avenue
New York, New York 10022
9 Phone: (212) 957-7600
Facsimile: (212) 957-4514
10 Email: jbrown@cohengresser.com
Email: mpovolny@cohengresser.com
11 Email: jchan@cohengresser.com

12 *Attorneys for Specially Appearing*
*Defendant Feras Antoon*
13

14 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
15

16 K.A.,

17                    Plaintiff,

18        v.

19 MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
20 MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
21 LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
22 corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
23 foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
24 foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
25 MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
26 DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
27 limited liability company; COLBECK
DOE FUNDS 1-3,

28                    Defendants.

Case No. 2:24-cv-4786-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

1  N.L.,

2              Plaintiff,

3        v.

Case No. 2:24-cv-04788-WLH-ADS

4  MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
5  MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
6  LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
7  foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
8  foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
9  corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
10 limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
11 MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
12 DOE FUNDS 1-3,

13             Defendants.

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

14 L.T.,

15             Plaintiff,

16       v.

Case No. 2:24-cv-04791-WLH-ADS

17 MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
18 MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
19 LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
20 foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
21 foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
22 corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
23 limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
24 MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
25 DOE FUNDS 1-3,

26             Defendants.

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

27

28

DECLARATION OF JASON BROWN IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL



T.C.,

           Plaintiff,

    v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

           Defendants.

Case No. 2:24-cv-04795-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

---

X.N.,

           Plaintiff,

    v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

           Defendants.

Case No. 2:24-cv-04800-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set



N.Y.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-4801-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

J.C.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04971-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 12, 2024
Trial Date: not set



W.L.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04977-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

---

C.S.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04992-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL



S.O.,

                   Plaintiff,

      v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                Defendants.

Case No. 2:24-cv-04998-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

L.S.,

                   Plaintiff,

      v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                Defendants.

Case No. 2:24-cv-05026-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 14, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL



W.P.,

                    Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                    Defendants.

Case No. 2:24-cv-05185-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

A.K.,

                    Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                    Defendants.

Case No. 2:24-cv-05190-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

1   J.L.,

2                                      Plaintiff,

3              v.

4   MINDGEEK S.A.R.L. a foreign entity;
    MG FREESITES, LTD., a foreign entity;
5   MINDGEEK USA INCORPORATED, a
    Delaware corporation; MG PREMIUM
6   LTD, a foreign entity; MG GLOBAL
    ENTERTAINMENT INC., a Delaware
7   corporation; 9219-1568 QUEBEC, INC.,
    foreign entity; BERND BERGMAIR, a
8   foreign individual; FERAS ANTOON, a
    foreign individual; DAVID TASSILLO, a
9   foreign individual; VISA INC., a Delaware
    corporation; REDWOOD CAPITAL
10  MANAGEMENT, LLC, a Delaware
    limited liability company; REDWOOD
11  MASTER FUND, LTD, a foreign
    entity; MANUEL 2018, LLC, a
12  Delaware limited liability company;
    GINOGERUM, LLC, a Delaware
13  limited liability company; WHITE
    HATHAWAY OPPORTUNITY, LLC,
14  a Delaware limited liability company, CB
    MEDIA VENTURES LLC, a Delaware
15  limited liability company; CB AGENCY
    SERVICES, LLC, a Delaware limited
16  liability company; and CB
    PARTICIPATIONS SPV, LLC, a
17  Delaware limited liability company,

18                                     Defendants.

Case No. 2:24-cv-07046-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: August 20, 2024
Trial Date: not set

I, Jason Brown, Esq., hereby state to the best of my personal knowledge and belief:

1.      I am a partner at the law firm of Cohen & Gresser LLP, attorneys of record in the above-referenced actions for specially-appearing Defendant Feras Antoon.  I have been granted permission by this Court to appear *pro hac vice* as counsel for Mr. Antoon in these actions.

**A.      Confidential Material**

2.      I submit this Declaration in support of the December 12, 2024 Application for Leave to File Under Seal Materials Related to Omnibus Opposition (ECF No. 95) (the "Application") filed by Plaintiff in *K.A. v. MindGeek S.a.r.l.,* Case No. 24-cv-4786-WLH-ADS, and by Plaintiffs in the 13 additional related lawsuits before this court, *see* ECF No. 52, Ex. 1 (collectively "Plaintiffs") which seeks permission to seal material previously designated as "Confidential" or "Highly Confidential" pursuant to the Amended Stipulated Protective Order (the "Protective Order") entered by the Court on December 13, 2024, Dkt. 516, in the related case, *Fleites v. MindGeek S.a.r.l. et al*., Case No. 21-cv-4920-WLH-ADS (the "Fleites Action").

3.      Mr. Antoon supports the Application to the extent it seeks leave to file under seal material that (a) Mr. Antoon produced in discovery in the Fleites Action and designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order (together, the "Confidential Material"), or (b) has been referenced in either (i) Plaintiffs' December 12, 2024 Omnibus Opposition to Defendants' Motions to Dismiss (the "Opposition") (ECF No. 93), or (ii) the December 12, 2024 Declaration of Michael J. Bowe in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss (the "Bowe Declaration") (ECF No. 92) and the exhibits attached thereto.

1

4.    Mr. Antoon further supports the Application to the extent it seeks leave to file under seal Confidential Material that was both (a) referenced in either the Opposition or the Bowe Declaration, and (b) publicly filed on the docket in the form of a document containing redacted Confidential Material proposed to be filed under seal.

5.    The Confidential Material reflects confidential information concerning Mr. Antoon's (i) assets, including compensation paid for economic interests in MindGeek S.a.r.l.; (ii) salary, bonus and/or dividend payments received while employed as the CEO of 9219-1568 Quebec, Inc. ("9219-1568 Inc."); (iii) other personally identifiable information; and (iv) rights received and exercised in connection with economic interests in MindGeek S.a.r.l.

**B.    Standard for Sealing**

6.    Public access to judicial records may be "denied where court files might [ ] become a vehicle for improper purposes," including to "gratify private spite or promote public scandal" or to "harm a litigant's competitive standing." *Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589, 598 (1978) (internal quotation marks omitted).  And the common law right of access to judicial records may be overridden upon a showing of "sufficiently compelling reasons" to restrict access. *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003).

7.    A party seeking leave to seal confidential information in response to dispositive motions, like the Opposition, must "articulate [ ]compelling reasons supported by specific factual findings" that outweigh the public right of access. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).  Upon a showing of compelling reasons, the court must conscientiously balance the competing interests of the public and the party seeking leave to file under seal.  *Id.* at 1179.

DECLARATION OF JASON BROWN IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

8.      Compelling reasons to justify sealing include safeguarding the privacy of "personally identifiable information including salaries."   Order Re: Defs.' Renewed Appl. for Leave to File Under Seal, *United States ex rel. IONM LLC v. Univ. of S. California*, No. 2:18-CV-08311 (WLH) (AS), (C.D. Cal. Aug. 12, 2024), ECF No. 348, at *2 (internal quotation marks omitted) (granting application to seal employment records containing personally identifiable information such as names, salaries, and terms of employment and financial and proprietary data implicating the privacy interests of the employer and its individual employees). *See also Richter v. Oracle Am., Inc.*, No. 22-CV-04795-BLF, 2023 WL 5663217, at *2 (N.D. Cal. Aug. 30, 2023) (granting motion to seal personal financial information, finding that compelling reasons exist to seal and prevent harmful use of the information); *Gomo v. NetApp, Inc.*, No. 1:17-CV-02990 (BLF), 2019 WL 1170775, at *3 (N.D. Cal. Mar. 13, 2019) (sealing exhibits containing non-public, confidential information regarding defendant corporation's compensation plan and executives).

9.      Courts have also found compelling reasons to seal records reflecting business transactions, corporate structure, compensation practices, and finances, the public disclosure of any of which could harm a party's competitive standing. *See, e.g., Bold Ltd. v. Rocket Resume, Inc.*, No. 5:22-CV-01045 (BLF), 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public information about a company's business strategy, business transactions, corporate structure, and finances.").

**C.      Conclusion**

10.      The Opposition and Exhibits 3 and 18 to the Bowe Declaration contain sensitive non-public information implicating either (i) Mr. Antoon's personally identifiable information, including financial information or rights in

DECLARATION OF JASON BROWN IN SUPPORT OF
PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL

connection with economic interest, or (ii) the MindGeek Defendants' internal business strategy or practices, transactions, financial information, or corporate structure.

11. Accordingly, Mr. Antoon supports Plaintiffs' Application seeking leave to seal and/or redact this information from the public record as specified in the below chart.

| Document | Material to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 3 (containing excerpts to the June 14, 2023 deposition of Mr. Antoon) to the Declaration of Michael J. Bowe in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss (ECF No. 92-3) | Sealed in its entirety | Mr. Antoon's personal financial information or rights in connection with economic interest; other personally identifiable information; Defendant MindGeek's business strategy and internal structure. |
| Exhibit 18 (Mr. Antoon's September 22, 2022 Responses and Objections to Plaintiff's First Set of Interrogatories) to the Declaration of Michael J. Bowe in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss (ECF No. 92-18) | Page 6, Lines 3-21; Page 7, Lines 14-28; Page 8, Lines 1-5; and Page 9, Lines 14-23. | Mr. Antoon's personally identifiable information; Defendant MindGeek's business strategy. |

4

| Document | Material to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss (ECF No. 93) | Page 60, Lines 12-15, 17-28; Page 61, Lines 1-3, 14-28; Page 62, Lines 1-2; Page 70, Lines 7-12, 14-20, 23-28; Page 71, Lines 1-9; and Page 72, Lines 5-10. | Defendant MindGeek's business strategy, transactions, finances, and structure; Mr. Antoon's personal financial information or rights in connection with economic interest. |

12. Mr. Antoon's request to seal is narrowly tailored. A less restrictive alternative to sealing is not sufficient because the entirety of the information sought to be sealed discloses the Confidential Material described above.

13. Accordingly, Mr. Antoon respectfully requests that the Court grant the Application.

14. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: December 17, 2024

_____
Jason Brown
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com

*Attorneys for Specially Appearing Defendant Feras Antoon*

5