Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>        Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>JUDGE:  HON. WESLEY L. HSU<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:     JANUARY 31, 2025<br>Time:     1:30 PM<br>Courtroom:     9B<br>Complaint Filed: June 7, 2024 |

Pursuant to paragraph G(5)(a) of the Court's Standing Order, Plaintiff respectfully submits this notice of supplemental authority pertaining to issues raised in Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss (Dkt. Nos. 93, 96-1) currently under submission.

The supplemental authority is the Memorandum of Opinion and Order Denying Cross Motions for Summary Judgment (Dkt. No. 261) in *Doe #1 et al. v. MG Freesites LTD et al.*, Case No. 7:21-cv-00220-LSC (N.D. Ala. Dec. 19, 2024), denying the parties' cross-motions for summary judgment. A copy of the Opinion is attached to this notice as Exhibit 1.

Dated: December 20, 2024              Respectfully submitted,


                                      */s/ Lauren Tabaksblat*
                                      Michael J. Bowe (*pro hac vice*)
                                      mbowe@brownrudnick.com
                                      Lauren Tabaksblat (*pro hac vice*)
                                      ltabaksblat@brownrudnick.com
                                      **BROWN RUDNICK LLP**
                                      7 Times Square
                                      New York, NY 10036
                                      Phone: 212.209.4800
                                      Fax:   212.209.4801

                                      David M. Stein (State Bar #198256)
                                      dstein@olsonstein.com
                                      **OLSON STEIN LLP**
                                      240 Nice Lane #301
                                      Newport Beach, CA 92663
                                      Phone: 949.887.4600

                                      *Counsel for Plaintiff*