| | |
|---|---|
| 1 | Arameh Z. O'Boyle (SBN 239495) |
| | azoboyle@mintz.com |
| 2 | Esteban Morales Fabila (SBN 273948) |
| | emorales@mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| | 2049 Century Park East, Suite 300 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: (310) 586-3200 |
| 5 | Facsimile: (310) 586-3202 |
| 6 | *[Additional Defendants' Counsel continued on next page]* |
| 7 | *Attorneys for Defendants MindGeek S.à r.l.,* |
| | *MG Freesites Ltd, MG Premium Ltd,* |
| 8 | *MindGeek USA Incorporated, MG Global* |
| | *Entertainment Inc., and 9219-1568 Quebec* |
| 9 | *Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A. | Case No. 2:24-cv-04786-WLH-ADS |
| Plaintiffs, | **DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| MINDGEEK S.À R.L, et al., | |
| Defendants. | |
| | **[Filed concurrently with Declaration of Peter A. Biagetti; Proposed Order]** |
| | Hearing Date:     January 31, 2025 |
| | Hearing Time:    1:30 p.m. |
| | Courtroom:         9B |
| | Judge:                  Hon. Wesley L. Hsu |
| | Complaint Filed: June 7, 2024 |
| | Trial Date:           None Set |

1

THE MINDGEEK DEFENDANTS' CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (Case No. 2:24-cv-04786-WLH-ADS)

1  Seth R. Goldman (*Pro Hac Vice App. Forthcoming*)
2  sgoldman@mintz.com
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3  919 Third Avenue
   New York, NY 10022
4  Telephone: (212) 692-6845
   Facsimile: (212) 983-3115

5  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
6  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
7  Boston, MA 02111
   Telephone: (617) 542-6000
8  Facsimile:  (617) 542-2241

1. Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order entered by the Court on October 14, 2022, Dkt. 187, and the Amended Stipulated Protective Order entered by the Court on December 13, 2024, Dkt. 516, in the related case, *Fleites v. MindGeek S.a.r.l. et al. et al.*, Case No. 21-cv-04920-WLH-ADS, MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully apply for an order sealing portions of the Reply in Support of MindGeek Defendants' Motion to Dismiss (the "Reply").

As set forth in the accompanying Declaration of Peter A. Biagetti, the MindGeek Defendants' Reply contains information setting forth confidential internal business practices related to content uploaded to websites owned or operated by the MindGeek Defendants that would result in harm to the MindGeek Defendants' business and cause security and safety concerns if disclosed.

Dated: January 8, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Seth R. Goldman
Peter A. Biagetti
Arameh Z. O'Boyle
Esteban Morales Fabila

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.