1  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
2  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
4  Los Angeles, CA 90067
   Telephone: (310) 586-3200
5  Facsimile: (310) 586-3202

6  *[Additional Defendants' Counsel continued on next page]*

7  *Attorneys for Defendants MindGeek S.à r.l.,*
   *MG Freesites Ltd, MG Premium Ltd,*
8  *MindGeek USA Incorporated, MG Global*
   *Entertainment Inc., and 9219-1568 Quebec*
9  *Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [ECF NO. 107]**<br><br>Hearing Date:　　January 31, 2025<br>Hearing Time:　　1:30 p.m.<br>Courtroom:　　　9B<br>Judge:　　　　　Hon. Wesley L. Hsu<br><br>Complaint Filed:　June 7, 2024<br>Trial Date:　　　 None Set |

-1-

Seth R. Goldman (*Pro Hac Vice App. Forthcoming*)
sgoldman@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile:  (617) 542-2241

Having considered the MindGeek Defendants' Application for Leave to File Documents Under Seal (the "Application"), and compelling reasons appearing, the Court hereby **GRANTS** the MindGeek Defendants' Application and **ORDERS** the following documents are **SEALED**:

| DOCUMENT | MATERIAL TO BE SEALED |
|---|---|
| Reply in Support of Motion to Dismiss of Defendants MindGeek, S.á r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. | Page 32, portions of lines 16-17 & 19-20 |

**IT IS SO ORDERED.**

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE