| | |
|---|---|
| 1 | Arameh Z. O'Boyle (SBN 239495) |
| | azoboyle@mintz.com |
| 2 | Esteban Morales Fabila (SBN 273948) |
| | emorales@mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| | 2049 Century Park East, Suite 300 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: (310) 586-3200 |
| 5 | Facsimile: (310) 586-3202 |

*[Additional Defendants' Counsel continued on next page]*

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.<br><br>　　　　Plaintiffs,<br>　v.<br>MINDGEEK S.À R.L, et al.,<br>　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**PROOF OF SERVICE RE SEALED DOCUMENTS TO DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:　January 31, 2025<br>Hearing Time:　1:30 p.m.<br>Courtroom:　　9B<br>Judge:　　　　Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024<br>Trial Date:　　 None Set |

1

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS'
CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

1  Seth R. Goldman (*Pro Hac Vice App. Forthcoming*)
   sgoldman@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   919 Third Avenue
3  New York, NY 10022
   Telephone: (212) 692-6845
4  Facsimile: (212) 983-3115

5  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
6  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
7  Boston, MA 02111
   Telephone: (617) 542-6000
8  Facsimile: (617) 542-2241

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS'
CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and am not a party to the above-entitled action.

On January 8, 2025, I served a true and correct copy of the following document(s):

**[UNDER SEAL] DECLARATION OF PETER A. BIAGETTI IN SUPPORT OF DEFENDANTS MINDGEEK S. À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**[UNREDACTED] REPLY IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC, AND 9219-1568 QUEBEC INC.**

☒ **BY EMAIL**: I caused the documents to be sent to the persons at the email address listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

## SEE SERVICE LIST ATTACHED

Executed on December 6, 2024, at Los Angeles, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

_____
Jazmin Leon

# SERVICE LIST

| Parties | Attorneys |
|---|---|
| Plaintiffs | Michael J. Bowe, mbowe@brownrudnick.com<br>Lauren Tabaksblat, ltabaksblat@brownrudnick.com<br>Micaela J. Piña, mpina@brownrudnick.com<br>David M. Stein, dstein@olsonstein.com |
| Bernd Bergmair | Ronald G. White, rwhite@wmhwlaw.com<br>Dan Marmalefsky, DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown, JBrown@CohenGresser.com<br>Matthew V. Povolny, mpovolny@cohengresser.com<br>Joanna K. Chan, JChan@CohenGresser.com |
| David Tassillo | Jonathan S. Sack, JSack@maglaw.com<br>Alexander F.R. Peacocke, apeacocke@maglaw.com<br>David W. Wiechert, dwiechert@aol.com |
| Redwood Capital Management, LLC<br>Redwood Master Fund, Ltd.<br>Redwood Opportunity Master Fund, Ltd.<br>Manuel 2018, LLC<br>Gingogerum, LLC<br>White-Hathaway Opportunity Fund | James Pearl, jamespearl@paulhastings.com<br>Adam M. Reich, adamreich@paulhastings.com<br>Emma Lanzon, emmalanzon@paulhastings.com<br>Kiaura Clark, kiauraclark@paulhastings.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC<br>CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille, dhille@whitecase.com<br>Kevin Adam, kevin.adam@whitecase.com<br>Russell Gould, russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello, Drew.Tulumello@weil.com<br>Mark A. Perry, mark.perry@weil.com |

PROOF OF SERVICE RE SEALED DOCUMENTS TO MINDGEEK DEFENDANTS'
CIVIL LOCAL RULE 79-5.2.2 APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL