UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-04786-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL REDWOOD'S OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINTS IN RELATED CASES** |

[PROPOSED] ORDER

On January 8, 2025, Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood" or the "Redwood Defendants") filed an Application for Leave to File Under Seal Redwood's Omnibus Reply in Support of Motion to Dismiss Complaints in Related Cases (the "Application") in this matter pursuant to Local Rule 79-5.2.2.

The Court, having considered all papers filed in support of and in opposition to Redwood's Application and all other pleadings and papers on file herein, **IT IS HEREBY ORDERED** that Defendant's Application is **GRANTED**.

**IT IS ORDERED THAT**:

The unredacted version of Redwood's Omnibus Reply in Support of Motion to Dismiss Complaints in Related Cases is to be filed under seal.

Dated:

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE