| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481) |
|  | jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314) |
|  | kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
|  | 1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California  90067 |
|  | Telephone: 1(310) 620-5700 |
| 5 | Facsimile: 1(310) 620-5899 |
| 6 | ADAM M. REICH (SB# 274235) |
|  | adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*) |
|  | emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP** |
|  | 71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606 |
|  | Telephone: 1(312) 499-6000 |
| 10 | Facsimile: 1(312) 499-6100 |
| 11 | *[Additional Counsel for Defendants continued on next page]* |
| 12 |  |
| 13 | *Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., | CASE NO. 2:24-cv-04786-WLH-ADS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL | |

MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,

    Defendants.

PROOF OF SERVICE

1 | *[Additional Counsel for Defendants continued from caption page]*

2 | KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
3 | **PAUL HASTINGS LLP**
200 Park Avenue
4 | New York, New York 10166
Telephone: 1(212) 318-6000
5 | Facsimile: 1(212) 752-3310

# PROOF OF SERVICE

I am employed by Paul Hastings LLP in Century City, California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071.

On January 8, 2025, I served the foregoing document(s) described as:

**DECLARATION OF ADAM M. REICH IN SUPPORT OF REDWOOD DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REDWOOD'S OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINTS IN RELATED CASES**

**REDWOOD DEFENDANTS' OMNIBUS REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINTS IN RELATED CASES**

on the interested parties by personally emailing the aforementioned document(s) in PDF format to all persons appearing on the attached Service List at the corresponding email addresses set forth therein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 8, 2025.

By: */s/ Irma Gamino*
Irma Gamino

**SERVICE LIST**

| Parties | Attorneys |
|---|---|
| K.A<br>A.K.<br>C.S.<br>J.C.<br>J.L.<br>L.S.<br>L.T.<br>N.L.<br>N.Y.<br>S.O.<br>T.C.<br>W.L.<br>W.P.<br>X.N. | Michael J. Bowe: mbowe@brownrudnick.com<br>Lauren Tabaksblat: ltabaksblat@brownrudnick.com<br>Micaela J. Piña: mpina@brownrudnick.com<br>David M. Stein: dstein@olsonstein.com<br>John G. Doyle: jdoyle@brownrudnick.com<br>Meghan McCafferty: mmccafferty@brownrudnick.com |
| Bernd Bergmair | Ronald G. White: rwhite@wmhwlaw.com<br>Dan Marmalefsky: DMarmalefsky@mofo.com |
| Feras Antoon | Jason Brown: JBrown@cohengresser.com<br>Matthew V. Povolny: mpovolny@cohengresser.com<br>Joanna K. Chan: JChan@cohengresser.com |
| David Tassillo | Jonathan S. Sack: JSack@maglaw.com<br>Alexander F.R. Peacocke: apeacocke@maglaw.com<br>David W. Wiechert: dwiechert@aol.com |
| Colbeck Capital Management, LLC<br>CB Media Ventures, LLC CB Agency Services, LLC<br>CB Participations SPV, LLC | David Hille: dhille@whitecase.com<br>Kevin Adam: kevin.adam@whitecase.com<br>Russell Gould: russell.gould@whitecase.com |
| Visa Inc. | Drew Tulumello: Drew.Tulumello@weil.com<br>Mark A. Perry: mark.perry@weil.com |
| MindGeek, S.à r.l<br>MG Freesites Ltd<br>MG Premium Ltd<br>MindGeek USA Incorporated<br>MG Global Entertainment Inc. | Esteban Morales: emorales@mintz.com<br>Peter A. Biagetti: pabiagetti@mintz.com |

PROOF OF SERVICE

9219-1568 Quebec Inc.

PROOF OF SERVICE