David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8357
Facsimile: (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| K.A., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.À.R.L., et al., <br><br> Defendants. | Case No. 2:24-cv-04786-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br> **DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S APPLICATION FOR LEAVE TO FILE UNDER SEAL REPLY IN SUPPORT OF THEIR OMNIBUS MOTION TO DISMISS** |

Pursuant to Local Civil Rule 79-5.2.2(a), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby apply for leave to file under seal the following documents:

- Redacted text in the CB Defendants' Reply in Support of Their Omnibus Motion to Dismiss ("Reply").

This Application is based on this Application; the Declaration of Kevin C. Adam in Support of the Application; the proposed order granting the Application; and an unredacted version of the document proposed to be filed under seal.

- The ***Reply's*** limited redacted text comprises confidential content from Exhibits A-B.
- ***Exhibit A*** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011.
- ***Exhibit B*** is a Loan Agreement dated October 18, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013.

As explained in the Adam Declaration in Support of the Application, compelling reasons exist to seal these documents. The nature and confidentiality of these documents outweigh the public's interest in access to them.

Pursuant to the Court's Standing Order (ECF No. 17 at 8) and Local Civil Rule 79-5.2.2(a), counsel for Plaintiffs previously indicated they opposed sealing the documents on which the redacted text in the Reply is based.

For the foregoing reasons, the CB Defendants respectfully request that the Court grant this Application and seal the redacted portions of the CB Defendants' Reply.

---

[1] "MindGeek Borrowers" has the same meaning as defined in the Omnibus Motion to Dismiss.

| | | |
|---|---|---|
| Dated: January 8, 2025 | | WHITE & CASE LLP |

By: */s/ Kevin C. Adam*
 Kevin C. Adam

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC