1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| K.A., | Case No. 2:24-cv-04786-WLH-ADS |
|---|---|
| Plaintiff, | Hon. Wesley L. Hsu |
| v. | **[PROPOSED] ORDER GRANTING CB DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PARTS OF REPLY BRIEF IN SUPPORT OF THEIR OMNIBUS MOTION TO DISMISS** |
| MINDGEEK S.A.R.L., et al., | |
| Defendants. | |

1	The Court, having considered Defendants Colbeck Capital Management, LLC;
2	CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations
3	SPV, LLC's (collectively, "CB Defendants") Application for Leave to File Under
4	Seal ("Application"), hereby GRANTS the Application and ORDERS the following
5	document SEALED:

| Document | Portions to Be Filed Under Seal |
|---|---|
| CB Defendants' Reply in Support of Their Omnibus Motion to Dismiss | Consistent with redactions highlighted in document |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE