1 | David G. Hille (*pro hac vice*)
dhille@whitecase.com
2 | Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
3 | WHITE & CASE LLP
1221 Avenue of the Americas
4 | New York, NY  10020-1095
Telephone:  (212) 819-8357
5 | Facsimile:    (212) 354-8113
6 |
7 | Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
8 | WHITE & CASE LLP
555 S. Flower Street, Suite 2700
9 | Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
10 | Facsimile:    (213) 452-2329
11 |
12 | Attorneys for Defendants

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 | WESTERN DIVISION

16 |

17 | K.A.,                                        Case No. 2:24-cv-04786-WLH-ADS

18 |                    Plaintiff,               Hon. Wesley L. Hsu

19 |          v.                                 **PROOF OF SERVICE**

20 | MINDGEEK S.A.R.L., et al.,

21 |                    Defendants.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

AMERICAS 127811939                                                          PROOF OF SERVICE

1    I, Annel Cruz, hereby declare that I am over 18 years of age and not a party

2  to this action.  My business address is 555 S. Flower Street, Suite 2700, Los

3  Angeles, CA 90071.

4    On January 8, 2025, I served copies of the following documents on a counsel

5  for each party by email:

6    1)  (ECF No. 121) Declaration of Kevin Adam in Support of Defendants

7    Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB

8    Agency Services, LLC; and CB Participations SPV, LLC's (collectively,

9    "CB Defendants") Application to Seal; and

10    2)  (ECF No. 121-1) CB Defendants' Reply in Support of Their Omnibus

11    Motion to Dismiss.

12

13    Executed on January 8, 2025, at Los Angeles, California.

14    _/s/ Annel Cruz_
15    Annel Cruz

16

17

18

19

20

21

22

23

24

25

26

27

28

AMERICAS 127811939                                                     PROOF OF SERVICE