1  WIECHERT, MUNK & GOLDSTEIN, PC
   David Wiechert, CA Bar No. 94607
2  4000 MacArthur Boulevard,
   Suite 600 East Tower
3  Newport Beach, CA 92660
   Phone: (949) 361-2822
4  Facsimile: (949) 361-5722
   Email: dwiechert@aol.com
5
   COHEN & GRESSER LLP
6  Jason Brown (*pro hac vice*)
   Matthew V. Povolny (*pro hac vice*)
7  Joanna Chan
   800 Third Avenue
8  New York, New York 10022
   Phone: (212) 957-7600
9  Facsimile: (212) 957-4514
   Email: jbrown@cohengresser.com
10 Email: mpovolny@cohengresser.com
   Email: jchan@cohengresser.com
11
12 *Attorneys for Specially Appearing*
   *Defendant Feras Antoon*
13

14              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
15

16 K.A.,

17                           Plaintiff,          Case No. 2:24-cv-4786-WLH-
                                                 ADS
                    v.
18                                               **DECLARATION OF JASON**
   MINDGEEK S.A.R.L. a foreign entity;           **BROWN IN SUPPORT OF**
19 MG FREESITES, LTD., a foreign entity;         **DEFENDANT BERND**
   MINDGEEK USA INCORPORATED, a                  **BERGMAIR'S APPLICATION**
20 Delaware corporation; MG PREMIUM              **FOR LEAVE TO FILE UNDER**
   LTD, a foreign entity; MG GLOBAL              **SEAL MATERIALS RELATED**
21 ENTERTAINMENT INC., a Delaware                **TO OMNIBUS OPPOSITION**
   corporation; 9219-1568 QUEBEC, INC.,
22 foreign entity; BERND BERGMAIR, a
   foreign individual; FERAS ANTOON, a           Hearing Date: January 31, 2025
23 foreign individual; DAVID TASSILLO, a         Hearing Time: 1:30 p.m.
   foreign individual; VISA INC., a Delaware     Courtroom: 9B
24 corporation; REDWOOD CAPITAL                  Judge: Hon. Wesley Hsu
   MANAGEMENT, LLC, a Delaware                   Complaint Filed: June 7, 2024
25 limited liability company; REDWOOD            Trial Date: not set
   DOE FUNDS 1-7; COLBECK CAPITAL
26 MANAGEMENT, LLC, a Delaware
   limited liability company; COLBECK
27 DOE FUNDS 1-3,

28                           Defendants.

_____



N.L.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04788-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

L.T.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04791-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL



1  T.C.,

2                          Plaintiff,

3              v.

4  MINDGEEK S.A.R.L. a foreign entity;
   MG FREESITES, LTD., a foreign entity;
5  MINDGEEK USA INCORPORATED, a
   Delaware corporation; MG PREMIUM
6  LTD, a foreign entity; MG GLOBAL
   ENTERTAINMENT INC., a Delaware
7  corporation; 9219-1568 QUEBEC, INC.,
   foreign entity; BERND BERGMAIR, a
8  foreign individual; FERAS ANTOON, a
   foreign individual; DAVID TASSILLO, a
9  foreign individual; VISA INC., a Delaware
   corporation; REDWOOD CAPITAL
10 MANAGEMENT, LLC, a Delaware
   limited liability company; REDWOOD
11 DOE FUNDS 1-7; COLBECK CAPITAL
   MANAGEMENT, LLC, a Delaware
12 limited liability company; COLBECK
   DOE FUNDS 1-3,

13                          Defendants.

14 X.N.,

15                         Plaintiff,

16             v.

17 MINDGEEK S.A.R.L. a foreign entity;
   MG FREESITES, LTD., a foreign entity;
18 MINDGEEK USA INCORPORATED, a
   Delaware corporation; MG PREMIUM
19 LTD, a foreign entity; MG GLOBAL
   ENTERTAINMENT INC., a Delaware
20 corporation; 9219-1568 QUEBEC, INC.,
   foreign entity; BERND BERGMAIR, a
21 foreign individual; FERAS ANTOON, a
   foreign individual; DAVID TASSILLO, a
22 foreign individual; VISA INC., a Delaware
   corporation; REDWOOD CAPITAL
23 MANAGEMENT, LLC, a Delaware
   limited liability company; REDWOOD
24 DOE FUNDS 1-7; COLBECK CAPITAL
   MANAGEMENT, LLC, a Delaware
25 limited liability company; COLBECK
   DOE FUNDS 1-3,

26                          Defendants.

27

28

Case No. 2:24-cv-04795-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

Case No. 2:24-cv-04800-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL



| | |
|---|---|
| 1   N.Y., | Case No. 2:24-cv-4801-WLH-ADS |
| 2          Plaintiff, | |
| 3        v. | |

1    N.Y.,

2                    Plaintiff,

3            v.

Case No. 2:24-cv-4801-WLH-ADS

4    MINDGEEK S.A.R.L. a foreign entity;
     MG FREESITES, LTD., a foreign entity;
5    MINDGEEK USA INCORPORATED, a
     Delaware corporation; MG PREMIUM
6    LTD, a foreign entity; MG GLOBAL
     ENTERTAINMENT INC., a Delaware
7    corporation; 9219-1568 QUEBEC, INC.,
     foreign entity; BERND BERGMAIR, a
8    foreign individual; FERAS ANTOON, a
     foreign individual; DAVID TASSILLO, a
9    foreign individual; VISA INC., a Delaware
     corporation; REDWOOD CAPITAL
10   MANAGEMENT, LLC, a Delaware
     limited liability company; REDWOOD
11   DOE FUNDS 1-7; COLBECK CAPITAL
     MANAGEMENT, LLC, a Delaware
12   limited liability company; COLBECK
     DOE FUNDS 1-3,

13                    Defendants.

14

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set

15   J.C.,

16                    Plaintiff,

17           v.

Case No. 2:24-cv-04971-WLH-ADS

18   MINDGEEK S.A.R.L. a foreign entity;
     MG FREESITES, LTD., a foreign entity;
19   MINDGEEK USA INCORPORATED, a
     Delaware corporation; MG PREMIUM
20   LTD, a foreign entity; MG GLOBAL
     ENTERTAINMENT INC., a Delaware
21   corporation; 9219-1568 QUEBEC, INC.,
     foreign entity; BERND BERGMAIR, a
22   foreign individual; FERAS ANTOON, a
     foreign individual; DAVID TASSILLO, a
23   foreign individual; VISA INC., a Delaware
     corporation; REDWOOD CAPITAL
24   MANAGEMENT, LLC, a Delaware
     limited liability company; REDWOOD
25   DOE FUNDS 1-7; COLBECK CAPITAL
     MANAGEMENT, LLC, a Delaware
26   limited liability company; COLBECK
     DOE FUNDS 1-3,

27                    Defendants.

28

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 12, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL



1  | W.L.,

2  |                              Plaintiff,

3  |          v.

4  | MINDGEEK S.A.R.L. a foreign entity;
   | MG FREESITES, LTD., a foreign entity;
5  | MINDGEEK USA INCORPORATED, a
   | Delaware corporation; MG PREMIUM
6  | LTD, a foreign entity; MG GLOBAL
   | ENTERTAINMENT INC., a Delaware
7  | corporation; 9219-1568 QUEBEC, INC.,
   | foreign entity; BERND BERGMAIR, a
8  | foreign individual; FERAS ANTOON, a
   | foreign individual; DAVID TASSILLO, a
9  | foreign individual; VISA INC., a Delaware
   | corporation; REDWOOD CAPITAL
10 | MANAGEMENT, LLC, a Delaware
   | limited liability company; REDWOOD
11 | DOE FUNDS 1-7; COLBECK CAPITAL
   | MANAGEMENT, LLC, a Delaware
12 | limited liability company; COLBECK
   | DOE FUNDS 1-3,

13 |                              Defendants.

Case No. 2:24-cv-04977-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

---

15 | C.S.,

16 |                              Plaintiff,
   |          v.

17 | MINDGEEK S.A.R.L. a foreign entity;
   | MG FREESITES, LTD., a foreign entity;
18 | MINDGEEK USA INCORPORATED, a
   | Delaware corporation; MG PREMIUM
19 | LTD, a foreign entity; MG GLOBAL
   | ENTERTAINMENT INC., a Delaware
20 | corporation; 9219-1568 QUEBEC, INC.,
   | foreign entity; BERND BERGMAIR, a
21 | foreign individual; FERAS ANTOON, a
   | foreign individual; DAVID TASSILLO, a
22 | foreign individual; VISA INC., a Delaware
   | corporation; REDWOOD CAPITAL
23 | MANAGEMENT, LLC, a Delaware
   | limited liability company; REDWOOD
24 | DOE FUNDS 1-7; COLBECK CAPITAL
   | MANAGEMENT, LLC, a Delaware
25 | limited liability company; COLBECK
   | DOE FUNDS 1-3,

26 |                              Defendants.

Case No. 2:24-cv-04992-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

27

28



S.O.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-04998-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 13, 2024
Trial Date: not set

L.S.,

Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

Defendants.

Case No. 2:24-cv-05026-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 14, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL



W.P.,

                            Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                            Defendants.

Case No. 2:24-cv-05185-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

A.K.,

                            Plaintiff,

        v.

MINDGEEK S.A.R.L. a foreign entity;
MG FREESITES, LTD., a foreign entity;
MINDGEEK USA INCORPORATED, a
Delaware corporation; MG PREMIUM
LTD, a foreign entity; MG GLOBAL
ENTERTAINMENT INC., a Delaware
corporation; 9219-1568 QUEBEC, INC.,
foreign entity; BERND BERGMAIR, a
foreign individual; FERAS ANTOON, a
foreign individual; DAVID TASSILLO, a
foreign individual; VISA INC., a Delaware
corporation; REDWOOD CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; REDWOOD
DOE FUNDS 1-7; COLBECK CAPITAL
MANAGEMENT, LLC, a Delaware
limited liability company; COLBECK
DOE FUNDS 1-3,

                            Defendants.

Case No. 2:24-cv-05190-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: June 20, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

1  J.L.,

2                                    Plaintiff,

         v.
3
   MINDGEEK S.A.R.L. a foreign entity;
4  MG FREESITES, LTD., a foreign entity;
   MINDGEEK USA INCORPORATED, a
5  Delaware corporation; MG PREMIUM
   LTD, a foreign entity; MG GLOBAL
6  ENTERTAINMENT INC., a Delaware
   corporation; 9219-1568 QUEBEC, INC.,
7  foreign entity; BERND BERGMAIR, a
   foreign individual; FERAS ANTOON, a
8  foreign individual; DAVID TASSILLO, a
   foreign individual; VISA INC., a Delaware
9  corporation; REDWOOD CAPITAL
   MANAGEMENT, LLC, a Delaware
10 limited liability company; REDWOOD
   MASTER FUND, LTD, a foreign
11 entity; MANUEL 2018, LLC, a
   Delaware limited liability company;
12 GINOGERUM, LLC, a Delaware
   limited liability company; WHITE
13 HATHAWAY OPPORTUNITY, LLC,
   a Delaware limited liability company, CB
14 MEDIA VENTURES LLC, a Delaware
   limited liability company; CB AGENCY
15 SERVICES, LLC, a Delaware limited
   liability company; and CB
16 PARTICIPATIONS SPV, LLC, a
   Delaware limited liability company,
17
                                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

Case No. 2:24-cv-07046-WLH-ADS

**DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERND BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL MATERIALS RELATED TO OMNIBUS OPPOSITION**

Hearing Date:  January 31, 2025
Hearing Time:  1:30 p.m.
Courtroom:  9B
Judge:  Hon. Wesley Hsu
Complaint Filed: August 20, 2024
Trial Date: not set

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

I, Jason Brown, Esq., hereby state to the best of my personal knowledge and belief:

1.      I am a partner at the law firm of Cohen & Gresser LLP, attorneys of record in the above-referenced actions for specially-appearing Defendant Feras Antoon.  I have been granted permission by this Court to appear *pro hac vice* as counsel for Mr. Antoon in these actions.

A.      **Confidential Material**

2.      I submit this Declaration in support of the January 8, 2025 Application for Leave to File Under Seal Material (ECF No. 117) (the "Application") filed by Defendant Bernd Bergmair in *K.A. v. MindGeek S.a.r.l.,* Case No. 24-cv-4786-WLH-ADS, and applicable to the 13 additional related lawsuits before this court, *see* ECF No. 52, Ex. 1 (collectively "Plaintiffs") which seeks permission to seal material previously designated as "Confidential" or "Highly Confidential" pursuant to the Amended Stipulated Protective Order (the "Protective Order") entered by the Court on December 13, 2024, Dkt. 516, in the related case, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-4920-WLH-ADS (the "Fleites Action").

3.      Mr. Antoon supports the Application to the extent it seeks leave to file under seal material that (a) Mr. Antoon produced in discovery in the Fleites Action and designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order (together, the "Confidential Material"), or (b) has been referenced in Defendant Bergmair's January 8, 2025 Reply in Support of Motion to Dismiss Plaintiff's Complaint (the "Bergmair Reply") (ECF No. 116).

4.      Mr. Antoon further supports the Application to the extent it seeks leave to file under seal Confidential Material that was both referenced in the

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bergmair Reply, and publicly filed on the docket in the form of a document containing redacted Confidential Material proposed to be filed under seal.

5.    The Confidential Material reflects confidential information concerning (a) Mr. Antoon's personal investments and assets, including compensation paid for economic interests in MindGeek S.a.r.l.; and (b) MindGeek S.a.r.l.'s internal business strategy or practices, transactions, or corporate structure.

**B.    <u>Standard for Sealing</u>**

6.    Public access to judicial records may be "denied where court files might [ ] become a vehicle for improper purposes," including to "gratify private spite or promote public scandal" or to "harm a litigant's competitive standing." *Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589, 598 (1978) (internal quotation marks omitted).  And the common law right of access to judicial records may be overridden upon a showing of "sufficiently compelling reasons" to restrict access. *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135 (9th Cir. 2003).

7.    A party seeking leave to seal confidential information in response to dispositive motions, like the Bergmair Reply, must "articulate [ ]compelling reasons supported by specific factual findings" that outweigh the public right of access.  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks omitted).  Upon a showing of compelling reasons, the court must conscientiously balance the competing interests of the public and the party seeking leave to file under seal.  *Id.* at 1179.

8.    Courts have also found compelling reasons to seal records reflecting information concerning a company's business strategy, business transactions, and corporate structure, the public disclosure of any of which could harm a party's competitive standing.  *See, e.g., Bold Ltd. v. Rocket Resume, Inc*., No. 5:22-CV-01045 (BLF), 2024 WL 1329921, at *2 (N.D. Cal. Mar. 27, 2024) ("Compelling reasons exist to seal confidential business information, including non-public

2

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

information about a company's business strategy, business transactions, corporate structure, and finances.").

## C.    Conclusion

9.    The Bergmair Reply contains sensitive non-public information implicating either (a) Mr. Antoon's personal financial information or rights in connection with economic interest, or (b) the MindGeek Defendants' internal business strategy or practices, transactions, or corporate structure.

10.    Accordingly, Mr. Antoon supports Defendant Bergmair's Application seeking leave to seal and/or redact this information from the public record as specified in the below chart.

| Document | Material to be Sealed | Basis for Sealing |
|---|---|---|
| Defendant Bergmair's January 8, 2025 Reply in Support of Motion to Dismiss Plaintiff's Complaint (ECF No. 116) | Page 2, Lines 4-6; Page 6, Lines 8-10, 13-20 & n.9, 24-26; and Page 7, Lines 5-8. | Defendant MindGeek's business strategy or practices, transactions, and internal structure; and Mr. Antoon's personal financial information or rights in connection with this economic interest. |

11.    Mr. Antoon's request to seal is narrowly tailored.  A less restrictive alternative to sealing is not sufficient because the entirety of the information sought to be sealed discloses the Confidential Material described above.

12.    Accordingly, Mr. Antoon respectfully requests that the Court grant the Application.

13.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

Executed on: January 13, 2025

Jason Brown
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com

*Attorneys for Specially Appearing
Defendant Feras Antoon*

DECLARATION OF JASON BROWN IN SUPPORT OF DEFENDANT
BERGMAIR'S APPLICATION FOR LEAVE TO FILE UNDER SEAL