| Name and address: |
|---|
| Esteban Morales (SBN: 273948) |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 2049 Century Park East, Suite 300 |
| Los Angeles, CA 90067 |
| Email: emorales@mintz.com |
| Phone: (310) 586-3200 / Facsimile: (310) 586-3202 |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., <br><br> Plaintiff(s) <br><br> v. <br><br> MINDGEEK S.A.R.L, et al., <br><br> Defendant(s). | CASE NUMBER <br> 2:24-cv-04786-WLH-ADSx <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Goldman, Seth R. | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 919 Third Avenue |
| 212-935-3000       212-983-3115 | | New York, NY 10022 |
| *Telephone Number*    *Fax Number* | | |
| SRGoldman@mintz.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

| Morales, Esteban | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 2049 Century Park East, Suite 300 |
| 273948       (310) 586-3200       (310) 586-3202 | | Los Angeles, CA 90067 |
| *Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number* | | |
| emorales@mintz.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                                                **U.S. District Judge/U.S. Magistrate Judge**
                                                                Honorable Wesley L. Hsu