| Name and address: |  |
|---|---|
| Esteban Morales (SBN: 273948)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Email: emorales@mintz.com<br>Phone: (310) 586-3200 / Facsimile: (310) 586-3202 |  |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| K.A.,<br><br>Plaintiff(s)<br>v.<br>MINDGEEK S.A.R.L, et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-04786-WLH-ADSx<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Collins, LisaMarie F. | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 919 Third Avenue |
| 212-935-3000      212-983-3115 | | New York, NY 10022 |
| *Telephone Number    Fax Number* | | |
| LCollins@mintz.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

| Morales, Esteban | of | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 2049 Century Park East, Suite 300 |
| 273948   (310) 586-3200   (310) 586-3202 | | Los Angeles, CA 90067 |
| *Designee's Cal. Bar No.  Telephone Number   Fax Number* | | |
| emorales@mintz.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application:
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated _____

                                             **U.S. District Judge/U.S. Magistrate Judge**
                                             Honorable Wesley L. Hsu