Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiffs,<br>v.<br>MINDGEEK S.À R.L, et al.,<br>Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**NOTICE OF LEAD COUNSEL DESIGNATION**<br><br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

| | |
|---|---|
| 1 | Seth R. Goldman (*Pro Hac Vice App. Forthcoming*) |
| 2 | sgoldman@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 3 | 919 Third Avenue<br>New York, NY 10022 |
| 4 | Telephone: (212) 692-6845<br>Facsimile: (212) 983-3115 |
| 5 | Peter A. Biagetti (*Admitted Pro Hac Vice*) |
| 6 | pabiagetti@mintz.com<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| 7 | One Financial Center<br>Boston, MA 02111 |
| 8 | Telephone: (617) 542-6000<br>Facsimile:  (617) 542-2241 |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF LEAD COUNSEL DESIGNATION

1    Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd,
2 MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568
3 Quebec Inc. (collectively the "MindGeek Defendants) hereby designate Peter A.
4 Biagetti, an attorney at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo P.C., to serve
5 as lead counsel in this matter.

Dated:  January 17, 2025          Respectfully submitted,

MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Peter A. Biagetti
Esteban Morales Fabila
Seth R. Goldman

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd,
MG Premium Ltd, MindGeek USA
Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.