Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A., <br><br> Plaintiff(s) <br> v. <br><br> MINDGEEK S.A.R.L, et al., <br><br> Defendant(s). | CASE NUMBER <br> 2:24-cv-04786-WLH-ADSx <br><br> **ORDER ON APPLICATION** <br> **OF NON-RESIDENT ATTORNEY TO APPEAR** <br> **IN A SPECIFIC CASE *PRO HAC VICE*** [131] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Akoglu, Kerime S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022

212-935-3000   *Telephone Number*
212-983-3115   *Fax Number*
KSAkoglu@mintz.com   *E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Esteban Morales
*Designee's Name (Last Name, First Name & Middle Initial)*

of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067

273948   *Designee's Cal. Bar No.*
(310) 586-3200   *Telephone Number*
(310) 586-3202   *Fax Number*
emorales@mintz.com   *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   2/11/2025

*/s/ Wesley L. Hsu*
**Wesley L. Hsu, U.S. District Judge**