Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.,<br><br>             Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>             Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>JUDGE:  HON. WESLEY L. HSU<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:   MARCH 7, 2025<br>Time:    1:30 PM<br>Courtroom:   9B<br>Complaint Filed: June 7, 2024 |

1  Pursuant to paragraph G(5)(a) of the Court's Standing Order, Plaintiff respectfully submits this notice of supplemental authority pertaining to issues raised in Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss (Dkt. Nos. 93, 96-1) currently under submission.

The supplemental authority is the Order of the United States Court of Appeals for the Ninth Circuit in *Ratha v. Rubicon Res., LLC*, No. 23-55299, 2025 WL 689487 (9th Cir. Mar. 4, 2025), granting rehearing en banc and vacating the panel opinion in *Ratha v. Rubicon Res., LLC*, 111 F.4th 946 (9th Cir. 2024). A copy of the Order is attached to this notice as Exhibit 1.

Dated: March 6, 2025

Respectfully submitted,

*/s/ Lauren Tabaksblat*
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*