Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.<br><br>　　　　Plaintiffs,<br>　v.<br>MINDGEEK S.À R.L, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**NOTICE OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC, AND 9219-1568 QUEBEC INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS TO DISMISS AND JOINDER IN THE SUPPLEMENTAL BRIEF OF INDIVIDUAL DEFENDANTS FERAS ANTOON, BERND BERGMAIR, AND DAVID TASSILLO**<br><br>Case Assigned to Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024<br>Trial Date:　　　None Set |

1  *[Additional Defendants' Counsel continued from caption page]*

2

3  Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

NOTICE OF MINDGEEK DEFENDANTS' SUPPLEMENTAL BRIEF
IN SUPPORT OF MOTIONS TO DISMISS

**PLEASE TAKE NOTICE THAT** pursuant to the Civil Minutes on the Omnibus Motion to Dismiss entered in this case, Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "MindGeek Defendants") have filed a Supplemental Brief in Support of Motions to Dismiss and Joinder in the Supplemental Brief of Individual Defendants Feras Antoon, Bernd Bergmair, and David Tassillo ("Supplemental Brief") in the related case *Fleites v. MindGeek Sà.r.l., et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. March 21, 2025).

Pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, the Supplemental Brief further addresses arguments and bases to dismiss in each of the 14 cases, including that all of the plaintiffs' claims must be dismissed because:

- Plaintiffs have not and cannot allege that the MindGeek Defendants are content creators and thus the MindGeek Defendants are entitled to immunity under 47 U.S.C. § 230;
- Plaintiffs have not sufficiently alleged that the MindGeek Defendants knowingly benefitted from, or participated in a venture in violation of 18 U.S.C. § 1595; and
- Plaintiffs cannot satisfy the alter ego test recognized by the Ninth Circuit to establish personal jurisdiction have over MindGeek S.a r.l.

In accordance with the Court's Minutes permitting each defendant to file a supplemental brief of 10 pages or less on any issue, Defendants incorporate by reference their arguments from their Supplemental Brief filed in *Fleites* as if stated herein in whole. Defendants respectfully request that the Court dismiss, with prejudice, each of the plaintiff's complaints.

Dated: March 21, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Peter A. Biagetti
Seth R. Goldman
Arameh Z. O'Boyle
Esteban Morales Fabila
LisaMarie F. Collins
Kerime S. Akoglu

Attorneys for Defendants
MindGeek, S.à r.l., MG Freesites Ltd,
MG Premium Ltd, MindGeek USA
Incorporated, MG Global Entertainment Inc.,
and 9219-1568 Quebec Inc.