| | |
|---|---|
| DAN MARMALEFSKY<br>(CA SBN 95477)<br>DMarmalefsky@mofo.com<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454 | RONALD G. WHITE<br>(*pro hac vice*)<br>RWhite@wmhwlaw.com<br>Walden Macht Haran & Williams LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: 212-335-2387<br>Facsimile: 212-335-2040 |

*Attorneys for Defendant Bernd Bergmair*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br>　　　　　Plaintiff,<br>　vs.<br>MINDGEEK S.A.R.L., et al.,<br>　　　　　Defendants. | Case No. 2:24-cv-04786<br><br>**NOTICE OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL FILING**<br><br>Date: April 24, 2025<br>Time: 9:00 a.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Minutes of Omnibus Motion to Dismiss entered in this case (ECF No. 142), Defendants Feras Antoon, David Tassillo and Bernd Bergmair (collectively, the "Individual Defendants") filed the Individual Defendants' Supplemental Filing in Support of Their Motions to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim in *Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-4920-WLH-ADS (C.D. Cal.), which is hereby incorporated in full in this case.

Dated: March 21, 2025

By: */s/ Ronald G. White*

RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

JONATHAN S. SACK (*pro hac vice*)
jsack@maglaw.com
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, New York 10017
Phone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Specially Appearing
Defendant David Tassillo

JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com
Matthew V. Povolny (*pro hac vice*)
Joanna Chan (SBN 284898)
jchan@cohengresser.com
Cohen & Gresser LLP
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514

Attorneys for Specially Appearing
Defendant Feras Antoon

DAVID W. WIECHERT (SBN 94607)
Wiechert, Munk & Goldstein, PC
dwiechert@aol.com
4000 MacArthur Boulevard
Suite 600 East Tower
Newport Beach, CA 92660
Phone: (949) 361-2822
Facsimile: (949) 361-5722

Attorneys for Specially Appearing
Defendants David Tassillo and Feras Antoon

**CERTIFICATE OF SERVICE**

The undersigned, the counsel of record for Bernd Bergmair, certifies that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on March 21, 2025 upon all counsel of record via ECF.

Dated: March 21, 2025                    Respectfully submitted,

*/s/ Ronald G. White*
RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair