David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:   (212) 819-8357
Facsimile:    (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:   (213) 620-7700
Facsimile:    (213) 452-2329

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| K.A.,<br><br>             Plaintiff,<br><br>      v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>             Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S NOTICE REGARDING APPLICATIONS FOR LEAVE TO FILE UNDER SEAL** |

PLEASE TAKE NOTICE that, pursuant to the Court's Minute Order on March 7, 2025 (ECF No. 142), Defendants Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") hereby maintain the confidentiality of documents the CB Defendants previously applied to file under seal in connection with the CB Defendants' Omnibus Motion to Dismiss Plaintiffs' Complaints ("Omnibus Motion to Dismiss").

Pursuant to Local Civil Rule 79-5.2.2, the CB Defendants previously applied to this Court for leave to file under seal documents in support of the Omnibus Motion to Dismiss (*see* ECF Nos. 73, 73-1, 74, 74-1, 74-3, and 74-4) and portions of their Reply Brief in Support of the Omnibus Motion to Dismiss ("Omnibus Reply") (*see* ECF Nos. 120, 120-1, 121, and 121-1) (collectively, the "Applications").

Descriptions of the documents requested to be sealed are as follows:

- The ***Omnibus Motion to Dismiss' and Omnibus Reply's*** limited redacted text comprises confidential content from Exhibits A-B to the Omnibus Motion to Dismiss.

- ***Exhibit A*** is a Loan Agreement dated April 28, 2011, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers[1] in 2011.

- ***Exhibit B*** is a Loan Agreement dated October 15, 2013, between various parties, including the CB Defendants and other third-party lenders who participated in loaning money to the MindGeek Borrowers in 2013.

As explained in the Declarations of Kevin C. Adam in Support of the Applications (ECF Nos. 74 and 121), good cause and compelling reasons exist to seal Exhibits A-B, which contain confidential commercially sensitive information

---

[1] "MindGeek Borrowers" has the same meaning as defined in the Omnibus Motion to Dismiss.

and financial information of certain Defendants, including the CB Defendants, and third parties unrelated to this action.

The Applications are narrowly tailored and a less restrictive alternative to sealing is not otherwise practical, as Exhibits A-B are replete with confidential business and financial information, making redaction of these documents impractical.   The nature and confidentiality of these documents outweigh the public's interest in access to them.

For the foregoing reasons, the CB Defendants maintain their previous Applications and respectfully request that the Court grant the Applications.


Dated:  March 28, 2025                       WHITE & CASE LLP


                                             By:  David G. Hille
                                                  David G. Hille

                                             Attorneys for Defendants
                                             COLBECK CAPITAL
                                             MANAGEMENT, LLC; CB MEDIA
                                             VENTURES DD, LLC; CB AGENCY
                                             SERVICES, LLC; and CB
                                             PARTICIPATIONS SPV, LLC

AMERICAS 126248011