| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481) |
|   | jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314) |
|   | kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
|   | 1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California  90067 |
|   | Telephone:  1(310) 620-5700 |
| 5 | Facsimile:  1(310) 620-5899 |
| 6 | ADAM M. REICH (SB# 274235) |
|   | adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*) |
|   | emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP** |
|   | 71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606 |
|   | Telephone:  1(312) 499-6000 |
| 10 | Facsimile:  1(312) 499-6100 |
| 11 | *[Additional Counsel for Defendant continued on next page]* |
| 12 | |
| 13 | *Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC* |
| 14 | |
| 15 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| K.A., | | CASE NO. 2:24-cv-4786 |
| Plaintiff, | | **REDWOOD DEFENDANTS' NOTICE IN RESPONSE TO THE COURT'S MARCH 7, 2025 ORDER (ECF NO. 142)** |
| vs. | | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, | | SAC filed: May 23, 2024 |

| | |
|---|---|
| 1 | LLC, a Delaware company, COLBECK DOE FUNDS 1-3, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  *[Additional Counsel for Defendant continued from caption page]*

2

3  KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
**PAUL HASTINGS LLP**
4  200 Park Avenue
New York, New York 10166
5  Telephone: 1(212) 318-6000
Facsimile: 1(212) 752-3310

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REDWOOD DEFENDANTS' NOTICE REGARDING MARCH 7, 2025 ORDER

**NOTICE IN RESPONSE TO THE COURT'S MARCH 7, 2025 ORDER**

Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (collectively, "Redwood Defendants") have reviewed the Court's March 7, 2025 Order Regarding Omnibus Motion to Dismiss ("Order"). *See* ECF No. 142.

Redwood Defendants file this Notice in compliance with the Court's instruction, and consistent with the understanding of the Order, that the parties refile their Applications to Seal by March 28, 2025. Redwood Defendants narrowly tailored their Applications to Seal in connection with their Motion to Dismiss (ECF No. 69) and Reply in Support of Motion to Dismiss (ECF No. 112) (collectively, the "Applications").

As set forth in the Applications, Redwood Defendants sought to seal only such material that had been designated confidential, either in the litigation or by third parties (the "Confidential Material"). Redwood Defendants have an obligation to maintain the confidentiality of such information, and such disclosure could expose Redwood Defendants to potential litigation. Separately, the Confidential Material also reflects confidential business strategies and approaches to financing negotiations of Redwood Defendants and other lenders, such that good cause and compelling reasons independently exist to seal such material. Accordingly, Redwood Defendants' Applications are already narrowly tailored in accordance with the Court's Order and instruction at the March 7, 2025 hearing.

For the foregoing reasons, Redwood Defendants therefore maintain the Applications as previously submitted, and respectfully request that the Court grant the Applications.

| | |
|---|---|
| DATED: March 28, 2025 | **PAUL HASTINGS LLP** |
| | By: */s/ James M. Pearl*<br>    JAMES M. PEARL |
| | *Attorneys for Defendants Redwood Capital Management, LLC; Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC* |