Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>   Defendants. | CASE NO. 2:24-cv-04786-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**NOTICE OF FILING OF PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANTS' RENEWED SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS AND THE SECOND AMENDED COMPLAINT [DKT. NOS. 443, 449, 560, 571 AND 572]**<br><br>Complaint Filed: June 7, 2024 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's October 9, 2024, Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (ECF. No. 54, "Limited Coordination Order") entered in this case, Plaintiff filed a Consolidated Opposition to Defendants' Renewed Sealing Applications Related to Defendants' Motions to Dismiss and the Second Amended Complaint *in Fleites v. MindGeek S.à r.l. et al.*, Case No., 2:21-cv-04920-WLH-ADS (C.D. Cal. April 9, 2025), which is hereby incorporated in full into this case.

Dated: April 10, 2025                    Respectfully submitted,

/s/ Lauren Tabaksblat
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*