1  Peter A. Biagetti (*Admitted Pro Hac Vice*)
   pabiagetti@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
   One Financial Center
3  Boston, MA 02111
   Telephone: (617) 542-6000
4  Facsimile:  (617) 542-2241

5  Seth R. Goldman (*Admitted Pro Hac Vice*)
   sgoldman@mintz.com
6  LisaMarie F. Collins (*Admitted Pro Hac Vice*)
   lcollins@mintz.com
7  Kerime S. Akoglu (*Admitted Pro Hac Vice*)
   ksakoglu@mintz.com
8  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   919 Third Avenue
9  New York, NY 10022
   Telephone: (212) 692-6845
10 Facsimile: (212) 983-3115

11 Attorneys for Defendants
   MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
12 MindGeek USA Incorporated, MG Global Entertainment Inc.,
   and 9219-1568 Quebec Inc.

13
   *[Additional Defendants' Counsel continued*
14 *on next page]*

15              **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  K.A. | Case No. 2:24-cv-04786-WLH-ADS |
| 18              Plaintiffs, | Case Assigned to Hon. Wesley L. Hsu Courtroom 9B |
| 19  v. | |
| 20  MINDGEEK S.À R.L, et al., | **NOTICE OF SUPPLEMENTAL** |
|              Defendants. | **AUTHORITY** |
| 21 | |
| 22 | Complaint Filed:  June 7, 2024 |
| 23 | Trial Date:          None Set |

24

25

26

27

28

1   Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
2   Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
3   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
4   Los Angeles, CA 90067
Telephone: (310) 586-3200
5   Facsimile: (310) 586-3202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

NOTICE OF SUPPLEMENTAL AUTHORITY

1    Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendants

2 MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA

3 Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

4 (collectively the "MindGeek Defendants") respectfully submit this notice of

5 supplemental authority pertaining to issues raised in Defendants' Motions to Dismiss

6 (Dkt. Nos. 76, 78) currently under submission.

7    The supplemental authority is an Order from the United States Court of

8 Appeals for the Ninth Circuit in *Doe 1 v. Twitter, Inc.*, No. 24-177, 2025 WL

9 2178534 (9th Cir. Aug. 1, 2025). A copy of the Order is attached to this notice as

10 **Exhibit A**.

11

12 Dated:  August 4, 2025            Respectfully submitted,

13                        MINTZ LEVIN COHN FERRIS
                            GLOVSKY AND POPEO, P.C.
14
                        */s/ Arameh Z. O'Boyle*
15                       Peter A. Biagetti
                        Seth R. Goldman
16                       Arameh Z. O'Boyle
                        Esteban Morales Fabila
17                       LisaMarie F. Collins
                        Kerime S. Akoglu
18
                        Attorneys for Defendants
19                       MindGeek, S.à r.l., MG Freesites Ltd,
                        MG Premium Ltd, MindGeek USA
20                       Incorporated, MG Global Entertainment Inc.,
                        and 9219-1568 Quebec Inc.
21
22
23
24
25
26
27
28

1
NOTICE OF SUPPLEMENTAL AUTHORITY