Peter A. Biagetti (*Admitted Pro Hac Vice*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Seth R. Goldman (*Admitted Pro Hac Vice*)
sgoldman@mintz.com
LisaMarie F. Collins (*Admitted Pro Hac Vice*)
lcollins@mintz.com
Kerime S. Akoglu (*Admitted Pro Hac Vice*)
ksakoglu@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.

*[Additional Defendants' Counsel continued on next page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.A.<br><br>  Plaintiffs,<br>v.<br><br>MINDGEEK S.À R.L, et al.,<br><br>  Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>Case Assigned to Hon. Wesley L. Hsu<br>Courtroom 9B<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Complaint Filed: June 7, 2024<br>Trial Date:      None Set |

| | |
|---|---|
| 1 | Arameh Z. O'Boyle (SBN 239495) |
|   | azoboyle@mintz.com |
| 2 | Esteban Morales Fabila (SBN 273948) |
|   | emorales@mintz.com |
| 3 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
|   | 2049 Century Park East, Suite 300 |
| 4 | Los Angeles, CA 90067 |
|   | Telephone: (310) 586-3200 |
| 5 | Facsimile: (310) 586-3202 |

ii

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to paragraph G(5)(a) of the Court's Standing Order, Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively the "MindGeek Defendants") respectfully submit this notice of supplemental authority pertaining to issues raised in Defendants' Motion to Dismiss (Dkt. Nos. 76, 78) currently under submission.

The supplemental authority is an Order from the U.S. District Court, District of South Carolina in *Does v. Murphy*, 2025 U.S. Dist. LEXIS 171401 (D.S.C. Sept. 3, 2025). A copy of the Order is attached to this notice as **Exhibit A**.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |
| | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| | */s/ Arameh Z. O'Boyle* <br> Peter A. Biagetti <br> Seth R. Goldman <br> Arameh Z. O'Boyle <br> Esteban Morales Fabila <br> LisaMarie F. Collins <br> Kerime S. Akoglu |
| | Attorneys for Defendants MindGeek, S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. |