UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L.; MG FREESITES LTD; MINDGEEK USA INCORPORATED; MG PREMIUM LTD.; MG GLOBAL ENTERTAINMENT INC.; 9219-1568 QUEBEC, INC. (d/b/a MindGeek); BERND BERGMAIR; FERAS ANTOON; DAVID TASSILLO; COREY URMAN; VISA, INC.; COLBECK CAPITAL DOES 1-5; BERGMAIR DOES 1-5,<br><br>    Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>**ORDER RE THE MINDGEEK DEFENDANTS' OMNIBUS MOTION TO DISMISS [75], DEFENDANT VISA, INC.'S OMNIBUS MOTION TO DISMISS [59], DEFENDANT COLBECK'S OMNIBUS MOTION TO DISMISS [70] AND DEFENDANT REDWOOD'S OMNIBUS MOTION TO DISMISS [68], DEFENDANTS TASSILLO AND ANTOON'S OMNIBUS MOTION TO DIMISS [62] AND DEFENDANT BERGMAIR'S OMNIBUS MOTION TO DISMISS [65]** |

      Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc., (the "MindGeek Defendants") (Dkt. No. 75), Defendant Visa Inc. (Dkt. No. 59), Defendants Colbeck and Redwood, (Dkt. No. 70; Dkt. No. 68), and Defendants Tassillo, Antoon, (Dkt. No. 62) and Bergmair (Dkt. No. 65) move to dismiss Plaintiff's Complaint for the same reasons they moved to dismiss the Complaint in

*Serena Fleites et al. v. MindGeek S.À.R.L. et al.* (*Serena Fleites et al. v. MindGeek S.A.R.L. et al.*, No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021)). Additionally, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (Dkt. No. 54), the aforementioned Defendants filed in this case Omnibus Motions to Dismiss requesting an order dismissing with prejudice the Complaints filed by Plaintiffs in the related fourteen actions before the Court. As to the separate motions filed by the Defendants, the Court incorporates by reference here the *Fleites* Orders as to each Defendant.

As to the MindGeek Defendants, the Court in *Fleites* granted in part and denied in part the MindGeek Defendants' Motion to Dismiss the Fleites complaint on September 26, 2025. ("Order Re MindGeek Inc.'s Motion to Dismiss," *Fleites*, No. 2:21-cv-04920-WLH-ADS, at 46, Dkt. No. 608). The Court incorporates by reference here that Order. For the reasons stated in the incorporated Order, the Court now **GRANTS** in part and **DENIES** in part the MindGeek Defendants' Omnibus Motion to Dismiss Plaintiffs' Second Amended Complaint as follows: (Count I) Violation of Trafficking Victims Protection Reauthorization Act ("TVPRA") based on a theory of direct liability under 18 U.S.C. § 1591(a)(1) is dismissed with prejudice; (Count I) Violation of the TVPRA based on beneficiary liability under 18 U.S.C. § 1591(a)(2), 1595 is not dismissed; (Count IV) Conspiracy to Violate the TVPRA pursuant to 18 U.S.C. §§ 1594(c), 1595 is dismissed without prejudice; (Count V) Receipt, Distribution, or Transport of Materials Involving the Sexual Exploitation of Minors in Violation of 18 U.S.C. §§ 2252, 2255 is not dismissed; (Count VI) Receipt, Distribution, or Transport of CSAM in Violation of 18 U.S.C. §§ 2252A, 2255 is not dismissed; (Count VII) Public Disclosure of Private Facts is not dismissed; (Count VIII) Intrusion into Private Affairs is not dismissed; (Count IX) Placing Plaintiff in False Light is not dismissed; (Count X) Common Law Misappropriation of Name and Likeness is dismissed without prejudice; (Count XI) Misappropriation of Name and

Likeness in Violation of Cal. Civ. Code § 3344 is dismissed without prejudice; (Count XII) Distribution of Private Sexually Explicit Materials in Violation of Cal. Civ. Code § 1708.85 is dismissed without prejudice; (Count XIII) Negligence is not dismissed; (Count XIV) Violation of the UCL under Cal. Bus. & Prof. Code § 17200 is not dismissed; (Count XIV) Violation of the FAL under Cal. Bus. & Prof. Code § 17500 is dismissed with prejudice; (Count XV) Violation of California's Trafficking Victims Protection Act under Cal. Civ. Code § 52.5 is dismissed without prejudice; and (Count XVI) Violation of Civil Conspiracy is dismissed without prejudice. Defendant MindGeek S.A.R.L. is dismissed with prejudice. Plaintiff shall file a Third Amended Complaint that conforms with this Court's Orders no later than 21 days after the date of this Order. The MindGeek Defendants, other than Defendant MindGeek S.A.R.L., shall file their responsive pleading(s) no later than December 30, 2025.

As to Defendant Visa Inc., the Court in *Fleites* granted Defendant Visa Inc.'s Motion to Dismiss the Fleites complaint on September 26, 2025. ("Order Re Visa Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint," *Fleites*, No. 2:21-cv-04920-WLH-ADS, at 46, Dkt. No. 609). The Court granted as follows: (Count II) violation of TVPRA based on a theory of beneficiary liability pursuant to 18 U.S.C. §§ 1591, 1595 is dismissed with prejudice; (Count IV) conspiracy to violate the TVPRA pursuant to 18 U.S.C. §§ 1594(c), 1595 is dismissed without prejudice; (Count XII) violation of Distribution of Private Sexually Explicit Materials under Cal. Civ. Code § 1708.85 is dismissed without prejudice; (Count XV) violation of the California Trafficking Victims Protection Act, Cal. Civ. Code § 52.5 is dismissed without prejudice; (Count XIV) violation of the UCL under the Cal. Bus. & Prof. Code §§ 17200 and 17500 is dismissed without prejudice but with prejudice as to the FAL allegations; and (Count XVI) violation of civil conspiracy is dismissed without prejudice. The Court incorporates by reference here that Order. For the reasons stated in the incorporated Order, the Court now **GRANTS** Defendant Visa Inc.'s Omnibus Motion to Dismiss and **DISMISSES** without prejudice and with leave to amend

3

1  Plaintiff's Complaint as to Defendant Visa Inc.  Plaintiff shall file a Third Amended
2  Complaint that conforms with this Court's Orders no later than 21 days after the date
3  of this Order.  Defendant Visa shall file its responsive pleading no later than
4  December 30, 2025.

5  In relation to Defendants Colbeck and Redwood, the Court granted Defendants
6  Colbeck and Redwood's Motion to Dismiss the Fleites complaint on September 17,
7  2025.  ("Amended Order re Colbeck and Redwood Defendants' Motion to Dismiss
8  Plaintiff's Second Amended Complaint," *Fleites*, No. 2:21-cv-04920-WLH-ADS, at
9  49, Dkt. No. 605).  The Court incorporates here that Order by reference.  For the
10 reasons stated in the incorporated Order, the Court now **GRANTS** Defendants
11 Colbeck and Redwood's Omnibus Motions to Dismiss and **DISMISSES** without
12 prejudice and with leave to amend Plaintiff's Complaint as to Defendants Colbeck and
13 Redwood.  Plaintiff shall file a Third Amended Complaint that conforms with this
14 Court's Order no later than 21 days after the date of this Order.  Defendants Colbeck
15 and Redwood shall file their responsive pleading no later than December 30, 2025.

16 The Court granted Defendants Antoon, Tassilo and Bergmair's Motion to
17 Dismiss the Fleites complaint on September 15, 2025.  ("Order Re Bernd Bergmair's
18 Motion to Dismiss and Feras Antoon and David Tassilo's Motion to Dismiss
19 Plaintiff's Second Amended Complaint," *Fleites*, No. 2:21-cv-04920-WLH-ADS, at
20 27, Dkt. No. 604).  The Court incorporates here that Order by reference.  For the
21 reasons stated in the incorporated Order, the Court now **GRANTS** Defendants
22 Antoon, Tassilo and Bergmair's Omnibus Motions to Dismiss and
23 ///
24 ///

**DISMISSES** with prejudice Plaintiff's Complaint as to Defendants Antoon, Tassilo and Bergmair.

**IT IS SO ORDERED.**

Dated: November 6, 2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE