Michael J. Bowe
mbowe@brithem.com
Lauren Tabaksblat
ltabaksblat@brithem.com
**BRITHEM LLP**
565 Fifth Ave.
New York, NY 10017
Phone: 646.653.9378

David M. Stein (SBN #198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonsten.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>Defendants. | Case No. 2:21-CV-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DECLARATION OF LAUREN TABAKSBLAT IN SUPPORT OF STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

1    I, Lauren Tabaksblat, declare and state as follows:

2    1.    I am a partner at Brithem LLP and have been admitted *pro hac vice* to
3    practice before this Court.  I am counsel for Plaintiff K.A. in the above-referenced
4    matter.  I submit this declaration in support of the *Stipulation to Continue Deadline*
5    *for Plaintiff to File Third Amended Complaint and to Set Motion Briefing Schedule*
6    filed by Plaintiff and Defendants Visa Inc. ("Visa"), Colbeck Capital Management,
7    LLC, CB Media Ventures LLC, CB Agency Services, LLC, and CB Participations
8    SPV, LLC (the "Colbeck Defendants"), Redwood Capital Management, LLC,
9    Redwood Master Fund, Ltd., Redwood Opportunity Master Fund, Ltd., Manuel
10    2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC (the
11    "Redwood Defendants"), MG Freesites Ltd, MG Premium Ltd, MindGeek USA
12    Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (the
13    "MindGeek Defendants").

14    2.    On November 6, 2025, the Court entered an order (ECF No. 618)
15    granting in part and denying in part the MindGeek Defendants' Omnibus Motion to
16    Dismiss.

17    3.    In light of the Court's orders last week in this action (ECF No. 166)
18    and the other thirteen actions, and the similar stipulation filed in the case captioned
19    *Fleites v. MindGeek, S.à.r.l., et al.*, No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June
20    17, 2021), the Parties conferred on November 11-12, 2025 to align the schedules in
21    these actions.  The Parties agree to the following schedule:

- Plaintiff shall file their Amended Complaint, if any, no later than December 15, 2025;
- If Plaintiff files an Amended Complaint, Defendants shall file their Motions to Dismiss, or otherwise respond to, the Amended Complaint no later than January 30, 2026;
- Plaintiff shall file their Opposition to Defendants' Motions to Dismiss no later than February 27, 2026; and

- Defendants that filed Motions to Dismiss shall file their Replies in support of their Motions no later than March 27, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 14, 2025, in New York, New York.

                */s/ Lauren Tabaksblat*
                Lauren Tabaksblat