# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L, et al.,<br><br>  Defendants. | Case No. 2:24-CV-04786-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND TO SET MOTION BRIEFING SCHEDULE** |

For good cause shown, the Court sets the following deadlines related to Plaintiff's Amended Complaint, if Plaintiff elects to file one:

- Plaintiff shall file their Amended Complaint, if any, no later than December 15, 2025;
- Defendants shall respond to the operative complaint no later than January 30, 2026;
- Plaintiff shall file their Opposition to Defendants' Motions to Dismiss no later than February 27, 2026; and
- Defendants shall file their Replies in support of their Motions to Dismiss no later than March 27, 2026.

**IT IS SO ORDERED.**

Dated: _____   _____

                                  Hon. Wesley L. Hsu